UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | | |
|---|---|---|
| MARC ABRAMS, On Behalf of Himself and All Others Similarly Situated, | § § § § | Civil Action No. 1:06-cv-00726-SS |
| | § | CLASS ACTION |
| Plaintiff, | § § | |
| vs. | § § | |
| DELL INC., et al., | § § | |
| Defendants. | § § § | |
| STEVE KLEIN, On Behalf of Himself and All Others Similarly Situated, | § § | Civil Action No. 1:06-cv-00770-SS |
| | § § | CLASS ACTION |
| Plaintiff, | § § | |
| vs. | § § | |
| DELL INC., et al., | § § | |
| Defendants. | § § § | |

**MARC ABRAMS' NOTICE OF MOTION AND MOTION TO APPOINT THE
INSTITUTIONAL INVESTOR GROUP AS LEAD PLAINTIFF AND TO APPROVE
LEAD PLAINTIFF'S CHOICE OF CO-LEAD COUNSEL**

TO:    ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that before the Honorable Sam Sparks, United States District Court, 200 West 8th Street, Austin, Texas 78701, Marc Abrams will, and hereby does, move this Court for appointment as Lead Plaintiff in this action and for the Institutional Investor Group's motion for approval of its selection of Joe Kendall of Provost & Umphrey Law Firm, LLP and Patrick J. Coughlin of Lerach Coughlin Stoia Geller Rudman & Robbins LLP as Co-Lead Counsel for the class pursuant to §21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. §78u-4(a)(3)(B).

Local Court Rule CV-7(h) requires the parties to make a good faith effort through personal or telephone conference to resolve their dispute previous to filing non-dispositive motions. At this stage, however, counsel for the Institutional Investor Group does not know which other individuals and/or entities plan to move for appointment as lead plaintiff, and counsel will not have this information until after all of the movants have filed their respective motions. *See* 15 U.S.C. §§78u-4, *et seq*. This motion is made on the grounds that the Institutional Investor Group is the "most adequate plaintiff" pursuant to the Exchange Act and has selected and retained counsel with vast experience in prosecuting securities class actions to serve as co-lead counsel. *See* 15 U.S.C. §78u-4(a)(3)(B).

This motion is based upon this Notice of Motion and Motion, the Memorandum of Points and Authorities in support thereof, the Affidavit of Joe Kendall in support thereof, the pleadings and files herein and such other written or oral argument as may be presented to the Court.

DATED:  November 13, 2006

PROVOST & UMPHREY LAW FIRM, LLP
JOE KENDALL
State Bar No. 11260700
WILLIE C. BRISCOE
State Bar No. 24001788


                          s/ Joe Kendall
                          JOE KENDALL

3232 McKinney Avenue, Suite 700
Dallas, TX  75204
Telephone: 214/744-3000
214/744-3015 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
WILLIAM S. LERACH
PATRICK J. COUGHLIN
JAMES I. JACONETTE
STACEY M. KAPLAN
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
G. PAUL HOWES
1111 Bagby, Suite 4850
Houston, TX  77002
Telephone:  713/571-0911
713/571-0912 (fax)

[Proposed] Co-Lead Counsel for Plaintiffs

S:\CasesSD\Dell 06\NOT00036605-LP.doc

- 2 -

CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Joe Kendall
JOE KENDALL

PROVOST & UMPHREY LAW FIRM, LLP
JOE KENDALL
State Bar No. 11260700
WILLIE C. BRISCOE
State Bar No. 24001788
3232 McKinney Avenue, Suite 700
Dallas, TX 75204
Telephone: 214/744-3000
214/744-3015 (fax)

# Mailing Information for a Case 1:06-cv-00726-SS

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Mary K. Blasy**
  maryb@lerachlaw.com e_file_sd@lerachlaw.com;nhorstman@lerachlaw.com

- **Willie C. Briscoe**
  wbriscoe@provostumphrey.com provost_dallas@yahoo.com

- **Thomas R. Jackson**
  trjackson@jonesday.com
  jlgraham@jonesday.com;alwilkins@jonesday.com,pjames@jonesday.com

- **Joe Kendall**
  jkendall@provostumphrey.com provost_dallas@yahoo.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Stacey Kaplan
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
```