# EXHIBIT A

## CERTIFICATION OF NAMED PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

AMALGAMATED BANK, AS TRUSTEE FOR THE LONGVIEW COLLECTIVE INVESTMENT FUND ("Plaintiff") declares:

1.    Plaintiff has reviewed a complaint and authorized its filing.

2.    Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.    Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.    Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:

| Security | Transaction | Date | Price Per Share |
|---|---|---|---|

*See* attached Schedule A.

5.    (a)    Plaintiff has been appointed to serve as a representative party for a class in the following actions filed under the federal securities laws during the three years prior to the date of this Certification:

*Burger v. Cardinal Health, Inc., et al.*, No. 2:04-cv-00575-ALM-NMK (S.D. Ohio)
*Amalgamated Bank, as Trustee v. The Coca-Cola Company, et al.*, No. 1:05-CV-1226-RWS (N.D. Ga.)

(b)    Plaintiff is seeking to serve as a representative party for a class in the following actions filed under the federal securities laws:

(c)    Plaintiff initially sought to serve as a representative party for a class in the following actions filed under the federal securities laws during the three years prior to the date of this Certification:

*Park East Inc. v. Merck & Co., Inc., et al.*, No. 3:04-cv-05462-SRC-JJH (D.N.J.)
*Cox v. Delphi Corporation, et al.*, No. 1:05-CV-02637-NRB (S.D.N.Y.)
*Showers v. Pfizer, Inc., et al.*, No. 04-CV-9866-RO (S.D.N.Y.)

DELL

6.    The Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this _8_ day of _November_, 2006.

AMALGAMATED BANK, AS TRUSTEE
FOR THE LONGVIEW COLLECTIVE
INVESTMENT FUND

By: ~~Derrick Cephas, President and Chief Executive Officer~~

RONALD E. LURASCHI
EXECUTIVE VICE PRESIDENT

- 2 -

DELL

## SCHEDULE A

## SECURITIES TRANSACTIONS

Acquisitions

| Date Acquired | Type/Amount of Securities Acquired | Price |
|---|---|---|
| 02/19/2003 - SD | 3,100 | $23.23 |
| 04/30/2003 | 15,800 | $28.91 |
| 05/02/2003 | 6,100 | $29.61 |
| 05/09/2003 | 5,500 | $31.10 |
| 05/16/2003 | 3,200 | $31.19 |
| 05/30/2003 | 1,200 | $31.30 |
| 06/02/2003 | 700 | $31.26 |
| 06/03/2003 | 400 | $30.97 |
| 06/05/2003 | 400 | $31.45 |
| 06/06/2003 | 800 | $31.98 |
| 06/26/2003 | 13,900 | $31.68 |
| 07/01/2003 | 2,400 | $31.92 |
| 07/02/2003 | 3,000 | $32.43 |
| 07/03/2003 | 4,100 | $32.00 |
| 07/07/2003 | 16,000 | $33.07 |
| 08/01/2003 | 1,000 | $33.34 |
| 08/06/2003 | 1,700 | $31.33 |
| 08/12/2003 - SD | 350 | $31.22 |
| 08/07/2003 | 3,600 | $31.20 |
| 08/13/2003 - SD | 317 | $30.99 |
| 08/14/2003 - SD | 33 | $31.15 |
| 08/12/2003 | 3,100 | $31.75 |
| 08/13/2003 | 9,900 | $31.33 |
| 08/14/2003 | 2,000 | $31.42 |
| 09/12/2003 | 172 | $33.39 |
| 09/15/2003 | 13,600 | $33.56 |
| 09/17/2003 | 4,300 | $34.57 |
| 09/19/2003 | 100 | $34.76 |
| 10/27/2003 - SD | 78 | $36.47 |
| 10/28/2003 - SD | 22 | $36.32 |
| 12/22/2003 | 28,900 | $33.01 |
| 12/24/2003 | 8,100 | $33.72 |
| 01/22/2004 - SD | 20,000 | $34.91 |
| 02/02/2004 - SD | 63 | $34.67 |
| 02/09/2004 - SD | 300 | $32.38 |
| 02/10/2004 - SD | 400 | $32.08 |
| 02/12/2004 - SD | 500 | $33.06 |
| 03/26/2004 - SD | 1,100 | $33.16 |
| 04/06/2004 | 4,400 | $34.80 |
| 04/07/2004 | 3,330 | $34.75 |
| 04/13/2004 | 246 | $35.66 |
| 04/14/2004 | 124 | $35.49 |
| 05/20/2004 - SD | 1,000 | $34.33 |

| Date | Shares | Price |
|---|---|---|
| 06/29/2004 | 2,700 | $35.65 |
| 08/10/2004 - SD | 100 | $35.17 |
| 10/01/2004 | 3,600 | $36.04 |
| 10/01/2004 | 3,600 | $36.04 |
| 10/04/2004 | 1,300 | $35.66 |
| 10/08/2004 | 1,500 | $36.01 |
| 10/29/2004 - SD | 200 | $34.25 |
| 11/09/2004 | 1,200 | $37.41 |
| 11/12/2004 | 2,100 | $40.46 |
| 11/19/2004 | 2,300 | $39.95 |
| 11/22/2004 | 3,000 | $40.20 |
| 12/13/2004 | 1,200 | $42.39 |
| 12/22/2004 - SD | 1,700 | $41.43 |
| 12/17/2004 | 2,100 | $41.43 |
| 12/21/2004 | 4,400 | $41.61 |
| 12/22/2004 | 5,000 | $41.77 |
| 01/12/2005 | 2,700 | $40.93 |
| 02/03/2005 | 1,350 | $41.16 |
| 02/04/2005 | 550 | $41.51 |
| 03/08/2005 | 2,600 | $40.22 |
| 03/23/2005 - SD | 500 | $38.49 |
| 03/18/2005 | 8,000 | $38.49 |
| 04/04/2005 | 2,650 | $38.68 |
| 04/25/2005 | 360 | $36.65 |
| 04/26/2005 | 294 | $36.17 |
| 04/27/2005 | 136 | $35.12 |
| 04/28/2005 | 62 | $34.93 |
| 04/29/2005 | 173 | $34.80 |
| 05/02/2005 | 6,900 | $34.93 |
| 05/12/2005 | 200 | $36.61 |
| 05/17/2005 | 418 | $39.73 |
| 05/18/2005 | 204 | $39.60 |
| 05/19/2005 | 62 | $39.41 |
| 05/20/2005 | 416 | $39.99 |
| 06/17/2005 - SD | 20,000 | $40.01 |
| 07/21/2005 - SD | 62 | $40.73 |
| 07/26/2005 - SD | 19 | $41.00 |
| 07/29/2005 - SD | 19 | $41.27 |
| 08/03/2005 - SD | 3,800 | $40.47 |
| 08/08/2005 - SD | 41,900 | $40.50 |
| 08/31/2005 - SD | 1,700 | $35.32 |
| 09/09/2005 - SD | 900 | $35.53 |
| 09/21/2005 - SD | 500 | $34.85 |
| 09/21/2005 - SD | 7,500 | $34.85 |
| 09/23/2005 - SD | 1,600 | $33.80 |
| 11/14/2005 - SD | 3,200 | $28.85 |
| 11/17/2005 - SD | 40 | $29.37 |
| 11/18/2005 - SD | 80 | $29.81 |
| 11/21/2005 - SD | 60 | $29.74 |
| 12/01/2005 - SD | 20 | $30.36 |
| 12/01/2005 - SD | 3,300 | $30.22 |
| 12/13/2005 - SD | 900 | $31.65 |

| Date | Amount | Price |
|---|---|---|
| 12/20/2005 - SD | 18,100 | $32.89 |
| 02/01/2006 - SD | 2,400 | $29.27 |
| 02/16/2006 - SD | 33 | $31.63 |
| 02/16/2006 - SD | 132 | $31.63 |
| 02/17/2006 - SD | 34 | $31.67 |
| 02/17/2006 - SD | 135 | $31.68 |
| 02/21/2006 - SD | 20 | $31.96 |
| 02/21/2006 - SD | 80 | $31.96 |
| 02/22/2006 - SD | 7 | $31.68 |
| 02/22/2006 - SD | 27 | $31.68 |
| 02/23/2006 - SD | 6 | $30.40 |
| 02/23/2006 - SD | 26 | $30.40 |
| 03/09/2006 - SD | 5,900 | $29.12 |
| 03/22/2006 - SD | 200 | $29.08 |
| 03/22/2006 - SD | 3,900 | $29.08 |
| 05/11/2006 - SD | 60 | $26.55 |
| 05/12/2006 - SD | 20 | $25.19 |
| 05/15/2006 - SD | 18,200 | $24.89 |
| 05/18/2006 - SD | 39,800 | $24.35 |
| 07/25/2006 - SD | 700 | $21.95 |
| 07/25/2006 - SD | 50,700 | $22.00 |
| 07/31/2006 | 17,200 | $21.68 |
| 08/01/2006 | 7,100 | $21.65 |
| 08/16/2006 | 1,118 | $22.80 |
| 08/21/2006 | 195 | $21.84 |
| 08/22/2006 | 146 | $21.51 |
| 08/23/2006 | 132 | $21.67 |
| 08/24/2006 | 154 | $21.66 |
| 08/25/2006 | 77 | $21.70 |
| 09/05/2006 | 1,100 | $22.72 |
| 09/08/2006 | 800 | $21.65 |

## Sales

| Date Sold | Type/Amount of Securities Sold | Price |
|---|---|---|
| 02/27/2003 | 200 | $26.31 |
| 02/28/2003 | 100 | $26.63 |
| 03/19/2003 - SD | 8,100 | $26.21 |
| 03/31/2003 - SD | 300 | $28.07 |
| 03/26/2003 | 2,600 | $28.10 |
| 04/02/2003 - SD | 600 | $27.95 |
| 04/01/2003 | 1,000 | $27.31 |
| 04/02/2003 | 200 | $27.94 |
| 04/22/2003 | 8,000 | $29.88 |
| 06/25/2003 - SD | 100 | $32.08 |
| 06/20/2003 | 1,900 | $32.08 |
| 07/16/2003 - SD | 2,300 | $33.56 |
| 07/17/2003 - SD | 2,200 | $33.66 |
| 09/24/2003 - SD | 100 | $34.77 |

| Date | Shares | Price |
|---|---|---|
| 10/10/2003 | 1,100 | $35.40 |
| 10/15/2003 - SD | 11,400 | $35.63 |
| 10/17/2003 | 2,100 | $36.44 |
| 10/27/2003 - SD | 9,700 | $36.36 |
| 11/26/2003 - SD | 5,500 | $34.56 |
| 12/11/2003 - SD | 200 | $34.37 |
| 12/11/2003 - SD | 2,800 | $34.77 |
| 12/22/2003 - SD | 900 | $33.08 |
| 12/24/2003 - SD | 200 | $33.22 |
| 12/19/2003 | 3,200 | $33.22 |
| 01/23/2004 | 4,200 | $34.49 |
| 02/03/2004 - SD | 2,600 | $33.74 |
| 02/25/2004 | 24,200 | $33.29 |
| 03/19/2004 | 500 | $32.86 |
| 03/26/2004 | 20,710 | $33.40 |
| 03/29/2004 | 5,600 | $33.82 |
| 04/15/2004 | 5,600 | $35.24 |
| 04/22/2004 | 4,700 | $35.40 |
| 05/12/2004 | 6,500 | $36.39 |
| 05/18/2004 | 2,100 | $34.32 |
| 05/19/2004 | 700 | $34.55 |
| 06/07/2004 - SD | 7,700 | $35.23 |
| 06/22/2004 - SD | 500 | $34.77 |
| 06/23/2004 - SD | 1,000 | $34.82 |
| 06/23/2004 - SD | 16,400 | $34.82 |
| 06/28/2004 | 13,050 | $35.31 |
| 06/28/2004 | 13,050 | $35.31 |
| 06/30/2004 | 19,800 | $35.82 |
| 08/04/2004 | 3,000 | $35.30 |
| 08/09/2004 | 5,500 | $34.07 |
| 08/31/2004 - SD | 1,000 | $35.19 |
| 09/08/2004 | 800 | $35.46 |
| 09/17/2004 | 8,800 | $35.54 |
| 09/20/2004 | 5,000 | $35.63 |
| 09/24/2004 | 600 | $35.03 |
| 10/12/2004 | 700 | $35.74 |
| 10/26/2004 | 9,100 | $34.25 |
| 12/08/2004 | 28,100 | $41.86 |
| 01/07/2005 | 8,700 | $40.19 |
| 02/07/2005 | 2,700 | $41.50 |
| 02/16/2005 | 18,200 | $40.65 |
| 02/23/2005 | 1,200 | $39.83 |
| 03/24/2005 | 20,200 | $38.30 |
| 03/30/2005 - SD | 1,100 | $38.30 |
| 03/29/2005 | 6,900 | $38.14 |
| 04/01/2005 | 5,000 | $38.03 |
| 04/26/2005 | 1,300 | $35.50 |
| 04/27/2005 | 1,600 | $34.83 |
| 05/02/2005 | 1,800 | $34.93 |
| 05/05/2005 - SD | 2,900 | $35.20 |
| 06/08/2005 - SD | 1,600 | $40.14 |
| 06/14/2005 - SD | 2,000 | $40.33 |

| | | |
|---|---|---|
| 06/22/2005 - SD | 700 | $40.74 |
| 06/22/2005 - SD | 12,400 | $40.74 |
| 07/07/2005 - SD | 5,600 | $39.34 |
| 07/14/2005 - SD | 2,100 | $39.90 |
| 07/29/2005 - SD | 5,600 | $41.31 |
| 08/18/2005 - SD | 1,600 | $36.58 |
| 08/22/2005 - SD | 5,500 | $37.08 |
| 08/23/2005 - SD | 32,200 | $36.74 |
| 08/26/2005 - SD | 16,000 | $35.73 |
| 08/30/2005 - SD | 1,600 | $35.48 |
| 08/30/2005 - SD | 3,300 | $35.48 |
| 09/06/2005 - SD | 3,300 | $35.60 |
| 09/30/2005 - SD | 3,800 | $33.97 |
| 09/30/2005 - SD | 5,000 | $33.97 |
| 10/03/2005 - SD | 2,000 | $33.94 |
| 10/04/2005 - SD | 9,800 | $33.86 |
| 10/11/2005 - SD | 6,600 | $32.65 |
| 12/06/2005 - SD | 200 | $30.61 |
| 12/14/2005 - SD | 3,000 | $32.17 |
| 12/21/2005 - SD | 800 | $32.56 |
| 12/21/2005 - SD | 12,500 | $32.56 |
| 01/30/2006 - SD | 12,300 | $29.46 |
| 02/13/2006 - SD | 1,400 | $31.52 |
| 03/03/2006 - SD | 4,200 | $29.00 |
| 03/16/2006 - SD | 2,400 | $29.26 |
| 04/05/2006 - SD | 500 | $29.76 |
| 04/05/2006 - SD | 7,400 | $29.76 |
| 05/17/2006 - SD | 2,500 | $24.06 |
| 05/25/2006 - SD | 2,100 | $24.38 |
| 05/26/2006 - SD | 30,900 | $24.09 |
| 06/14/2006 - SD | 900 | $25.26 |
| 06/21/2006 - SD | 1,700 | $24.12 |
| 06/21/2006 - SD | 27,500 | $24.12 |
| 06/27/2006 - SD | 500 | $23.87 |
| 06/27/2006 - SD | 40,100 | $23.87 |
| 07/03/2006 - SD | 3,400 | $23.85 |
| 07/07/2006 - SD | 1,200 | $24.59 |
| 07/10/2006 - SD | 8,900 | $24.19 |
| 07/28/2006 - SD | 3,000 | $20.91 |
| 08/28/2006 | 3,700 | $22.21 |
| 08/30/2006 | 1,500 | $22.75 |

*Opening position of 1,113,458 shares.

**Settlement dates are indicated with "SD" attached to the date.

CERTIFICATION OF NAMED PLAINTIFF
PURSUANT TO FEDERAL SECURITIES LAWS

WOLVERHAMPTON CITY COUNCIL, ADMINISTERING AUTHORITY FOR THE WEST MIDLANDS METROPOLITAN AUTHORITIES PENSION FUND ("Plaintiff") declares:

1.    Plaintiff has reviewed a complaint and authorized its filing.

2.    Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.    Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.    Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:

| Security | Transaction | Date | Price Per Share |
|---|---|---|---|

*See* attached Schedule A.

5.    Plaintiff has not sought to serve or served as a representative party for a class in an action filed under the federal securities laws except as detailed below during the three years prior to the date of this Certification:

6.    The Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery,

DELL

except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9th day of November , 2006.

WOLVERHAMPTON CITY COUNCIL, ADMINISTERING AUTHORITY FOR THE WEST MIDLANDS METROPOLITAN AUTHORITIES PENSION FUND

By: _Simon G Bledson_

Its: _CHIEF LEGAL and PROCUREMENT OFFICER_

- 2 -

DELI.

## SCHEDULE A

## SECURITIES TRANSACTIONS

### Acquisitions

| Date Acquired | Type/Amount of Securities Acquired | Price |
|---|---|---|
| 02/14/2003 | 3,700 | $24.93 |
| 02/20/2003 | 1,400 | $26.32 |
| 02/25/2003 | 4,100 | $25.98 |
| 03/03/2003 | 1,300 | $26.89 |
| 03/07/2003 | 700 | $26.73 |
| 04/01/2003 | 1,000 | $27.46 |
| 04/03/2003 | 2,800 | $28.95 |
| 04/04/2003 | 900 | $28.98 |
| 07/07/2003 | 2,100 | $32.39 |
| 04/16/2004 | 18,500 | $35.33 |
| 04/26/2004 | 18,500 | $35.64 |
| 05/10/2004 | 8,400 | $35.76 |
| 05/14/2004 | 9,100 | $34.70 |
| 05/20/2004 | 500 | $34.42 |
| 05/20/2004 | 1,200 | $34.45 |
| 06/29/2004 | 800 | $35.39 |
| 02/04/2005 | 31,000 | $41.26 |
| 03/21/2005 | 3,600 | $38.33 |
| 08/12/2005 | 16,800 | $36.47 |

### Sales

| Date Sold | Type/Amount of Securities Sold | Price |
|---|---|---|
| 04/09/2003 | 1,700 | $28.23 |
| 05/08/2003 | 3,200 | $30.23 |
| 05/16/2003 | 3,100 | $31.41 |
| 07/24/2003 | 3,100 | $33.49 |
| 08/05/2003 | 1,600 | $32.59 |
| 11/24/2003 | 15,600 | $35.01 |
| 11/25/2003 | 2,000 | $34.86 |
| 12/01/2003 | 6,500 | $34.82 |
| 12/02/2003 | 9,900 | $34.92 |
| 04/29/2004 | 5,000 | $35.79 |
| 12/06/2004 | 2,400 | $41.43 |
| 01/12/2005 | 8,400 | $41.03 |
| 11/29/2005 | 3,300 | $30.72 |
| 11/29/2005 | 9,200 | $30.60 |
| 03/08/2006 | 10,900 | $29.02 |

*Opening position of 128,750 shares.