# EXHIBIT B

Case 1:06-cv-00726-SS   Document 20-6   Filed 11/13/06   Page 2 of 4

| Name | Date | Shares Purchased | Share Price | Total Cost | Date | Shares Sold | Share Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 02/19/2003 - SD | 3,100 | $23.23 | $72,013.00 | held | 503,012 | $23.16 | $11,647,969.43 | |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 04/30/2003 | 15,800 | $28.91 | $456,778.00 | | | | | |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 05/02/2003 | 6,100 | $29.61 | $180,621.00 | | | | | |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 05/09/2003 | 5,500 | $31.10 | $171,050.00 | | | | | |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 05/16/2003 | 3,200 | $31.19 | $99,808.00 | | | | | |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 05/30/2003 | 1,200 | $31.30 | $37,554.00 | | | | | |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 06/02/2003 | 700 | $31.26 | $21,881.02 | | | | | |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 06/03/2003 | 400 | $30.97 | $12,386.00 | | | | | |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 06/05/2003 | 400 | $31.45 | $12,580.00 | | | | | |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 06/06/2003 | 800 | $31.98 | $25,582.00 | | | | | |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 06/26/2003 | 13,900 | $31.68 | $440,352.00 | | | | | |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 07/01/2003 | 2,400 | $31.92 | $76,608.00 | | | | | |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 07/02/2003 | 3,000 | $32.43 | $97,290.00 | | | | | |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 07/03/2003 | 4,100 | $32.00 | $131,200.00 | | | | | |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 07/07/2003 | 16,000 | $33.07 | $529,120.00 | | | | | |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 08/01/2003 | 1,000 | $33.34 | $33,340.00 | | | | | |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 08/06/2003 | 1,700 | $31.33 | $53,261.00 | | | | | |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 08/12/2003 - SD | 350 | $31.22 | $10,927.00 | | | | | |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 08/07/2003 | 3,600 | $31.20 | $112,331.88 | | | | | |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 08/13/2003 - SD | 317 | $30.99 | $9,822.78 | | | | | |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 08/14/2003 - SD | 33 | $31.15 | $1,027.80 | | | | | |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 08/12/2003 | 3,100 | $31.75 | $98,425.00 | | | | | |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 08/13/2003 | 9,900 | $31.33 | $310,167.00 | | | | | |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 08/14/2003 | 2,000 | $31.42 | $62,840.00 | | | | | |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 09/12/2003 | 172 | $33.39 | $5,743.53 | | | | | |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 09/15/2003 | 13,600 | $33.56 | $456,416.00 | | | | | |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 09/17/2003 | 4,300 | $34.57 | $148,651.00 | | | | | |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 09/19/2003 | 100 | $34.76 | $3,475.50 | | | | | |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 10/27/2003 - SD | 78 | $36.47 | $2,844.89 | | | | | |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 10/28/2003 - SD | 22 | $36.32 | $799.00 | | | | | |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 12/22/2003 | 28,900 | $33.01 | $953,989.00 | | | | | |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 12/24/2003 | 8,100 | $33.72 | $273,132.00 | | | | | |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 01/22/2004 - SD | 20,000 | $34.91 | $698,200.00 | | | | | |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 02/02/2004 - SD | 63 | $34.67 | $2,184.03 | | | | | |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 02/09/2004 - SD | 300 | $32.38 | $9,713.01 | | | | | |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 02/10/2004 - SD | 400 | $32.08 | $12,833.00 | | | | | |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 02/12/2004 - SD | 500 | $33.06 | $16,530.00 | | | | | |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 03/26/2004 - SD | 1,100 | $33.16 | $36,476.00 | | | | | |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 04/06/2004 | 4,400 | $34.80 | $153,120.00 | | | | | |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 04/07/2004 | 3,330 | $34.75 | $115,717.50 | | | | | |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 04/13/2004 | 246 | $35.66 | $8,773.57 | | | | | |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 04/14/2004 | 124 | $35.49 | $4,400.54 | | | | | |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 05/20/2004 - SD | 1,000 | $34.33 | $34,330.00 | | | | | |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 06/29/2004 | 2,700 | $35.65 | $96,255.00 | | | | | |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 08/10/2004 - SD | 100 | $35.17 | $3,517.00 | | | | | |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 10/01/2004 | 3,600 | $36.04 | $129,744.00 | | | | | |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 10/01/2004 | 3,600 | $36.04 | $129,744.00 | | | | | |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 10/04/2004 | 1,300 | $35.66 | $46,358.00 | | | | | |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 10/08/2004 | 1,500 | $36.01 | $54,015.00 | | | | | |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 10/29/2004 - SD | 200 | $34.25 | $6,850.00 | | | | | |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 11/09/2004 | 1,200 | $37.41 | $44,892.00 | | | | | |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 11/12/2004 | 2,100 | $40.46 | $84,966.00 | | | | | |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 11/19/2004 | 2,300 | $39.95 | $91,885.00 | | | | | |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 11/22/2004 | 3,000 | $40.20 | $120,600.00 | | | | | |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 12/13/2004 | 1,200 | $42.39 | $50,868.00 | | | | | |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 12/22/2004 - SD | 1,700 | $41.43 | $70,431.00 | | | | | |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 12/17/2004 | 2,100 | $41.43 | $87,003.00 | | | | | |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 12/21/2004 | 4,400 | $41.61 | $183,084.00 | | | | | |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 12/22/2004 | 5,000 | $41.77 | $208,850.00 | | | | | |

Dell Computer

Movants' Purchases and Losses

| Entity | Date | Shares | Price | Amount |
|---|---|---|---|---|
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 01/12/2005 | 2,700 | $40.93 | $110,511.00 |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 02/03/2005 | 1,350 | $41.16 | $55,566.00 |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 02/04/2005 | 550 | $41.51 | $22,830.50 |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 03/08/2005 | 2,600 | $40.22 | $104,572.00 |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 03/23/2005 - SD | 500 | $38.49 | $19,245.00 |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 03/18/2005 | 8,000 | $38.49 | $307,920.00 |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 04/04/2005 | 2,650 | $38.68 | $102,502.00 |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 04/25/2005 | 360 | $36.65 | $13,193.39 |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 04/26/2005 | 294 | $36.17 | $10,635.24 |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 04/27/2005 | 136 | $35.12 | $4,775.87 |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 04/28/2005 | 62 | $34.93 | $2,165.71 |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 04/29/2005 | 173 | $34.80 | $6,021.18 |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 05/02/2005 | 6,900 | $34.93 | $241,017.00 |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 05/12/2005 | 200 | $36.61 | $7,322.00 |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 05/17/2005 | 418 | $39.73 | $16,607.14 |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 05/18/2005 | 204 | $39.60 | $8,077.73 |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 05/19/2005 | 62 | $39.41 | $2,443.42 |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 05/20/2005 | 416 | $39.99 | $16,635.84 |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 06/17/2005 - SD | 20,000 | $40.01 | $800,160.00 |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 07/21/2005 - SD | 62 | $40.73 | $2,525.54 |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 07/26/2005 - SD | 19 | $41.00 | $779.00 |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 07/29/2005 - SD | 19 | $41.27 | $784.13 |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 08/03/2005 - SD | 3,800 | $40.47 | $153,786.00 |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 08/08/2005 - SD | 41,900 | $40.50 | $1,696,950.00 |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 08/31/2005 - SD | 1,700 | $35.32 | $60,044.00 |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 09/09/2005 - SD | 900 | $35.53 | $31,977.00 |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 09/21/2005 - SD | 500 | $34.85 | $17,425.00 |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 09/21/2005 - SD | 7,500 | $34.85 | $261,375.00 |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 09/23/2005 - SD | 1,600 | $33.80 | $54,080.00 |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 11/14/2005 - SD | 3,200 | $28.85 | $92,320.00 |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 11/17/2005 - SD | 40 | $29.37 | $1,174.80 |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 11/18/2005 - SD | 80 | $29.81 | $2,384.48 |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 11/21/2005 - SD | 60 | $29.74 | $1,784.12 |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 12/01/2005 - SD | 20 | $30.36 | $607.20 |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 12/01/2005 - SD | 3,300 | $30.22 | $99,726.00 |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 12/13/2005 - SD | 900 | $31.65 | $28,485.00 |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 12/20/2005 - SD | 18,100 | $32.89 | $595,309.00 |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 02/01/2006 - SD | 2,400 | $29.27 | $70,248.00 |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 02/16/2006 - SD | 33 | $31.63 | $1,043.79 |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 02/16/2006 - SD | 132 | $31.63 | $4,175.16 |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 02/17/2006 - SD | 34 | $31.67 | $1,076.90 |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 02/17/2006 - SD | 135 | $31.68 | $4,276.50 |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 02/21/2006 - SD | 20 | $31.96 | $639.26 |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 02/21/2006 - SD | 80 | $31.96 | $2,557.04 |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 02/22/2006 - SD | 7 | $31.68 | $221.76 |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 02/22/2006 - SD | 27 | $31.68 | $855.36 |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 02/23/2006 - SD | 6 | $30.40 | $182.40 |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 02/23/2006 - SD | 26 | $30.40 | $790.40 |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 03/09/2006 - SD | 5,900 | $29.12 | $171,808.00 |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 03/22/2006 - SD | 200 | $29.08 | $5,816.00 |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 03/22/2006 - SD | 3,900 | $29.08 | $113,412.00 |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 05/11/2006 - SD | 60 | $26.55 | $1,593.05 |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 05/12/2006 - SD | 20 | $25.19 | $503.80 |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 05/15/2006 - SD | 18,200 | $24.89 | $452,998.00 |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 05/18/2006 - SD | 39,800 | $24.35 | $969,130.00 |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 07/25/2006 - SD | 700 | $21.95 | $15,361.50 |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 07/25/2006 - SD | 50,700 | $22.00 | $1,115,400.00 |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 08/03/2006 - SD | 17,200 | $21.68 | $372,896.00 |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 08/04/2006 - SD | 7,100 | $21.65 | $153,715.00 |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 08/21/2006 - SD | 1,118 | $22.80 | $25,490.40 |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 08/24/2006 - SD | 195 | $21.84 | $4,258.80 |

Movants' Purchases and Losses

Dell Computer

| Description | Date | Shares | Price | Amount | Held Shares | Held Price | Held Value | Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 08/25/2006 - SD | 146 | $21.51 | $3,140.74 | | | | |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 08/28/2006 - SD | 132 | $21.67 | $2,860.00 | | | | |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 08/29/2006 - SD | 154 | $21.66 | $3,336.03 | | | | |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 08/30/2006 - SD | 77 | $21.70 | $1,671.15 | | | | |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 09/08/2006 - SD | 1,100 | $22.72 | $24,992.00 | | | | |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | 09/13/2006 - SD | 800 | $21.65 | $17,320.00 | | | | |
| Amalgamated Bank, as Trustee for the LongView Collective Investment Fund | | 503,012 | | $15,898,842.36 | 503,012 | | $11,647,969.43 | ($4,250,872.92) |
| Opening position of 1,131,358 shares. | | | | | | | | |
| Wolverhampton City Council, Administering Authority for the West Midlands Metropolitan Authorities Pension Fund | 02/14/2003 | 3,700 | $24.93 | $92,251.73 | held 126,400 | $23.16 | $2,926,974.58 | |
| Wolverhampton City Council, Administering Authority for the West Midlands Metropolitan Authorities Pension Fund | 02/20/2003 | 1,400 | $26.32 | $36,844.22 | | | | |
| Wolverhampton City Council, Administering Authority for the West Midlands Metropolitan Authorities Pension Fund | 02/25/2003 | 4,100 | $25.98 | $106,515.13 | | | | |
| Wolverhampton City Council, Administering Authority for the West Midlands Metropolitan Authorities Pension Fund | 03/03/2003 | 1,300 | $26.89 | $34,956.48 | | | | |
| Wolverhampton City Council, Administering Authority for the West Midlands Metropolitan Authorities Pension Fund | 03/07/2003 | 700 | $26.73 | $18,712.19 | | | | |
| Wolverhampton City Council, Administering Authority for the West Midlands Metropolitan Authorities Pension Fund | 04/01/2003 | 1,000 | $27.46 | $27,463.80 | | | | |
| Wolverhampton City Council, Administering Authority for the West Midlands Metropolitan Authorities Pension Fund | 04/03/2003 | 2,800 | $28.95 | $81,063.08 | | | | |
| Wolverhampton City Council, Administering Authority for the West Midlands Metropolitan Authorities Pension Fund | 04/04/2003 | 900 | $28.98 | $26,082.00 | | | | |
| Wolverhampton City Council, Administering Authority for the West Midlands Metropolitan Authorities Pension Fund | 07/07/2003 | 2,100 | $32.39 | $68,019.00 | | | | |
| Wolverhampton City Council, Administering Authority for the West Midlands Metropolitan Authorities Pension Fund | 04/16/2004 | 18,500 | $35.33 | $653,566.15 | | | | |
| Wolverhampton City Council, Administering Authority for the West Midlands Metropolitan Authorities Pension Fund | 04/26/2004 | 18,500 | $35.64 | $659,303.00 | | | | |
| Wolverhampton City Council, Administering Authority for the West Midlands Metropolitan Authorities Pension Fund | 05/10/2004 | 8,400 | $35.76 | $300,392.40 | | | | |
| Wolverhampton City Council, Administering Authority for the West Midlands Metropolitan Authorities Pension Fund | 05/14/2004 | 9,100 | $34.70 | $315,739.06 | | | | |
| Wolverhampton City Council, Administering Authority for the West Midlands Metropolitan Authorities Pension Fund | 05/20/2004 | 500 | $34.42 | $17,210.00 | | | | |
| Wolverhampton City Council, Administering Authority for the West Midlands Metropolitan Authorities Pension Fund | 05/20/2004 | 1,200 | $34.45 | $41,335.44 | | | | |
| Wolverhampton City Council, Administering Authority for the West Midlands Metropolitan Authorities Pension Fund | 06/29/2004 | 800 | $35.39 | $28,308.40 | | | | |
| Wolverhampton City Council, Administering Authority for the West Midlands Metropolitan Authorities Pension Fund | 02/04/2005 | 31,000 | $41.26 | $1,279,091.00 | | | | |
| Wolverhampton City Council, Administering Authority for the West Midlands Metropolitan Authorities Pension Fund | 03/21/2005 | 3,600 | $38.33 | $137,999.51 | | | | |
| Wolverhampton City Council, Administering Authority for the West Midlands Metropolitan Authorities Pension Fund | 08/12/2005 | 16,800 | $36.47 | $612,652.32 | | | | |
| Wolverhampton City Council, Administering Authority for the West Midlands Metropolitan Authorities Pension Fund | | 126,400 | | $4,537,504.91 | 126,400 | | $2,926,974.58 | ($1,610,530.37) |
| Opening position of 128,750 shares. | | | | | | | | |
| Movants' Total | | 629,412 | | $20,436,347.27 | 629,412 | | $14,574,944.01 | ($5,861,403.26) |
| Settlement dates are indicated with "SD" attached to the date. | | | | | | | | |
| *For shares held at the end of the class period, damages are calculated by multiplying the shares held by the average share price during the 90 calendar days after the end of the class period. The price used is $23.16 as of November 10, 2006. | | | | | | | | |