# JONES DAY

FILED

2727 NORTH HARWOOD STREET • DALLAS, TEXAS 75201-1515
TELEPHONE: 214-220-3939 • FACSIMILE: 214-969-5100

2006 DEC 11 PM 3:59

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY _____
DEPUTY

Direct Number: (214) 969-2973
pjvillareal@jonesday.com

JP298399                          December 8, 2006
953739-035050

Attached Distribution List of Plaintiffs'
Counsel in Dell Inc. Securities, ERISA,
and Derivative Litigation Pending in
the Western District of Texas

Re:  <u>Dell Inc. Securities, ERISA, and Derivative Litigation</u>:
*Marc Abrams v. Dell Inc., et al.*, Case No. A-06-CA-726-SS;
*David Norman v. Dell Inc., et al.*, Case No. A-06-CA-758-SS;
*Bernard Kacenberg v. Michael S. Dell, et al.*, Case No. A-06-CA-784-SS;
*Andre Bowen v. Dell Computer Corporation, et al.*; Case No. A-06-CA-790-SS;
*Enrique Rangel, Jr. v. Dell Inc., et al.*; Case No. A-06-CA-808-SS;
*Gerald S. Lee v. Dell Inc., et al.*; Case No. A-06-CA-810-SS;
*Diane E. Crosser v. Kevin B. Rollins, et al.*; Case No. A-06-CA-839-SS;
*I.U.O.E. Local 68 Pension and Annuity Funds v. Dell Inc., et al.*;
     Case No. A-06-CA-906-SS

Dear Counsel:

In light of the Court's rulings at the November 16, 2006 hearing and Order of the same date and the various motions filed regarding consolidation and scheduling in these actions, it is our understanding that the defendants and nominal defendant need not file answers or other responses to plaintiffs' complaints in these actions at this time. We anticipate that the Court's rulings on the case plan proposals submitted on December 1, 2006, will set a time for motions to dismiss and/or answers to be filed in response to amended complaints.

Sincerely

*Patricia Villareal*

Patricia J. Villareal

Attachment

cc:   Mr. William G. Putnicki, Clerk of Court
      Brian Greig, Esq.

DLI-6049595v1

ATLANTA • BEIJING • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • FRANKFURT • HONG KONG • HOUSTON
IRVINE • LONDON • LOS ANGELES • MADRID • MENLO PARK • MILAN • MOSCOW • MUNICH • NEW DELHI • NEW YORK • PARIS
PITTSBURGH • SAN DIEGO • SAN FRANCISCO • SHANGHAI • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

Distribution List of Plaintiffs' Counsel in Dell Inc. Securities, ERISA, and
Derivative Litigation Pending in the Western District of Texas

## Securities Litigation

William S. Lerach
Darren J. Robbins
Lerach Coughlin Stoia Geller Rudman &
Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA 92101

Patrick V. Dahlstrom
Joshua B. Silverman
Pomerantz Haudek Block Grossman &
Gross LLP
One North LaSalle Street, Suite 2225
Chicago, IL 60602

Martin D. Chitwood
Michael R. Peacock
Chitwood Harley Harnes LLP
2300 Promenade II
1230 Peachtree Street NE
Atlanta, GA 30309

Ronald L. Motley
Joseph F. Rice
Motley Rice LLC
P.O. Box 1792
28 Bridgeside Blvd.
Mount Pleasant, SC 29465

Willie C. Briscoe
Joe Kendall
Provost & Umphrey Law Firm, LLP
3232 McKinney Avenue, Suite 700
Dallas, TX 75204

Lauren Antonino
Motley Rice LLC
600 West Peachtree Street
Suite 800
Atlanta, GA 30308

Joseph F. Brophy
Bishop London Brophy & Dodds, PC
3701 Bee Caves Road, Suite 200
Austin, TX 78746

Don L. Davis
Byrd Davis Furman
707 West 34th Street
Austin, TX 78705

Geoffrey C. Jarvis
Naumon A. Amjed
Grant & Eisenhofer, P.A.
1201 N. Market St., Ste. 2100
Wilmington, DE 19801

Richard Schiffrin
Stuart L. Berman
Schiffrin & Barroway, LLP
280 King of Prussia Road
Radnor, PA 19087

Leonard Barrack
Chad A. Carder
Barrack, Rodos & Bacine
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103

Marc I. Gross
Stanley Grossman
Pomerantz Haudek Block Grossman &
Gross LLP
100 Park Ave.
New York, NY 10010

Christopher A. Seeger
Stephen A. Weiss
Seeger Weiss, L.L.P.
One William Street
New York, NY 10004

Daniel P. Chiplock
Steven E. Fineman
Lieff, Cabraser, Heimann & Bernstein LLP
780 Third Avenue, 48th Floor
New York, NY 10017-2024

Dirk M. Jordan
Law Office Of Dirk Jordan
P.O. Box 50204
Austin, TX 78763-3288

Roger L. Mandel
Attorney at Law
3100 Monticello Avenue, Suite 750
Dallas, TX 75205

Mary F. Keller
Larry F. York
York, Keller & Field, LLP
816 Congress Avenue, Suite 1670
Austin, TX 78701

Jay W. Eisenhofer
Grant & Eisenhofer, P.A.
45 Rockefeller Center
630 Fifth Avenue
New York, NY 10111

Wilmer D. Masterson, III
Kilgore & Kilgore
3109 Carlisle Street, Suite 200
Dallas, TX 75204

Harvey F. Cohen
Toler Schaffer, LLP
5000 Plaza on the Lake, Suite 265
Austin, TX 78746

Richard M. Heimann
Bruce W. Leppla
Lieff, Cabraser, Heimann & Bernstein LLP
275 Battery Street
30th Floor
San Francisco, CA 94111

Paul L. Smith
Robyn Pozza Dollar
Paul L. Smith & Associates
9433 Bee Cave Rd.
Bldg. II, Suite 203
Austin, TX 78733

**ERISA Litigation**

Lynn L. Sarko
Derek W. Loeser
Keller Rohrback LLP
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052

Albert A. Carrion, Jr.
Thomas H. Watkins
Brown, McCarroll LLP.
111 Congress Ave., Suite 1400
Austin, TX 78701

Gary A. Gotto
Keller Rohrback LLP
National Bank Plaza
3101 North Central Avenue, Suite 900
Phoenix, AZ 85012

David R. Scott
Scott & Scott, LLC
108 Norwich Ave.
P.O. Box 192
Colchester, CT 06415

Lori G. Feldman
Milberg Weiss Bershad & Schulman LLP
One Pennsylvania Plaza
New York, NY  10119-0165

Robert A. Izard
Mark P. Kindall
Schatz Nobel Izard PC
20 Church Street, Suite 1700
Hartford, CT  06103

James M. McCormack
Tomblin Carnes McCormack, LLP
816 Congress Ave., Suite 1510
Austin, TX  78701

W. Thomas Jacks
Jacks Law Firm
1205 Rio Grande Street
Austin, TX 78701

Geoffrey M. Johnson
Scott & Scott, LLC
33 River Street
Chagrin Falls, OH  44022

Kip B. Schuman
Jeffrey A. Berens
Shuman & Berens LLP
801 East 17th Ave.
Denver, CO  80218-1417

Thomas J. McKenna
Gainey & McKenna
295 Madison Avenue 4th Floor
New York, NY  10017

**Derivative Litigation**

Joshua M. Lifshitz
Bull & Lifshitz
246 West 38th Street
New York, NY 10018
(212) 869-9449

Roger F. Claxton
Claxton & Hill, P.L.L.C.
3131 McKinney Ave.
Suite 700
Dallas, TX 75204-2471

Curtis C. Graves
Richard L. Hathaway
Graves Hathaway PLLC
3102 Oak Lawn, Suite 700
Dallas, TX 75219

Frank Johnson
Brett W. Weaver
Johnson Law Firm APC
402 W. Broadway, Suite 1400
San Diego, CA 92101

DLI-6049758v1