LAW OFFICES
## McGINNIS, LOCHRIDGE & KILGORE, L.L.P.
600 CONGRESS AVENUE
SUITE 2100
AUSTIN, TEXAS 78701

HOUSTON, TEXAS OFFICE
3800 ONE HOUSTON CENTER
1221 MCKINNEY STREET
HOUSTON, TEXAS 77010
(713) 615-8500
FAX (713) 615-8585

AUSTIN, TEXAS OFFICE
(512) 495-6000
FAX (512) 780-0583

WRITER'S DIRECT DIAL NUMBER:

(512) 495-6044
plochridge@mcginnislaw.com
Fax: (512) 505-6344

March 1, 2007

Mr. Don L. Davis
Byrd, Davis, Furman, L.L.P.
707 W. 34th Street
Austin, Texas 78705

Re:  Union Asset Management Holding AG v. Dell Inc., et al; USDC, WD. Tex – Case No. A-06-CA-726-SS

Dear Don:

This letter is intended to set out our agreement that if the Court has no objection, it will not be necessary for PricewaterhouseCoopers LLP to move or otherwise respond to the "Amended Complaint For Violation Of The Federal Securities Laws" in the above-referenced action until the Court's appointment of lead plaintiffs in, consolidation of, and issuance of a scheduling order governing, the various Dell-related actions that have been filed. We believe that this is consistent with the intent of the Court's February 13, 2007 Order.

If you have any questions, please contact me on my cell phone 512-965-0225. Assuming you confirm our agreement by signing where indicated below, I will file this letter with the clerk of the court.

Sincerely,

Patton G. Lochridge

PGL/pem

cc:   Michael P. Carroll, Esq.

**AGREED:**

_____   Date: Mar. 1, 2007
**Don L. Davis, Counsel for**
**Union Asset Management Holding AG**