FILED

2008 JAN 11  AM 10: 16

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY _____
                DEPUTY

| In Re Dell, Inc. Securities Litigation | Case No. A-06-CA-726-SS<br><br>CONSOLIDATED AMENDED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS<br><br>DEMAND FOR JURY TRIAL |
|---|---|

164

## TABLE OF CONTENTS

**PAGE(s)**

| | | |
|---|---|---|
| I. | INTRODUCTION | 1 |
| II. | EXECUTIVE SUMMARY | 2 |
| III. | JURISDICTION AND VENUE | 12 |
| IV. | THE PARTIES | 12 |
| V. | CONFIDENTIAL SOURCES | 15 |
| VI. | BACKGROUND ON DELL AND THE REVELATION OF SERIOUS ACCOUNTING FRAUD | 22 |
| | A. Background | 22 |
| | B. The Fraud At Dell Is Revealed | 26 |
| VII. | DELL'S FRAUDULENT SCHEME / ACCOUNTING VIOLATIONS | 32 |
| | A. Dell Confesses That It Was Cooking Its Books and Announces That It Will Restate More Than Four Years of Results | 32 |
| | B. The Dell Defendants Committed Fraud By Knowingly and Intentionally Violating GAAP | 37 |
| | C. The Dell Defendants Committed Multiple Fraudulent Accounting Practices During the Class Period, Including By Fraudulently Accelerating Revenues | 39 |
| |     1. Improper Acceleration of Revenue on High Volume Software Products Where VSOE Had Not Been Appropriately Established | 41 |
| |     2. Improper Overstatement of Revenue on Software Sales When the Company Was Not the Principal in the Transaction | 43 |
| |     3. Improper Recognition of Revenue in Incorrect Periods | 44 |
| |     4. Improper Recognition of Revenue Where Delivery Had Not Occurred | 45 |
| |     5. Improper Deferral of Revenue to Stockpile Revenue | 46 |
| |     6. Improper Acceleration of Revenues Related to Extended Warranties | 46 |
| | D. The Dell Defendants Knowingly Manipulated Accruals And Reserves | 48 |
| |     1. GAAP Requirements and "Cookie Jar" Reserves | 48 |

|   |   |   |   |
|---|---|---|---|
|   | 2. | The Dell Defendants Manipulate Warranty Reserves | 53 |
|   | 3. | The Dell Defendants Violate GAAP by Over-Accruing Employee Bonuses | 54 |
|   | 4. | The Dell Defendants Violate GAAP by Over-Accruing Customer Rebates | 54 |
|   | 5. | The Dell Defendants Violate GAAP by Improperly Accounting for Vendor Funding Arrangements | 55 |
| E. | | The Materiality Of The Accounting Violations | 57 |
| F. | | Dell Failed To Maintain Internal Controls Over Financial Reporting | 60 |
| G. | | PwC Issues "Clean Audit" Opinions For Each Financial Report Dell Restated | 63 |
| VIII. | | DEFENDANTS' FALSE AND MISLEADING STATEMENTS | 64 |
| A. | | First Quarter FY 2003 (For The Quarter Ended May 3, 2002) | 65 |
|   | 1. | First Quarter 2003 Earnings Release | 65 |
|   | 2. | First Quarter 2003 Earnings Conference Call | 66 |
|   | 3. | First Quarter 2003 10-Q | 67 |
|   | 4. | Michael Dell and Schneider Falsely and Misleadingly Attest to the Accuracy of Dell's Financial Reports | 69 |
| B. | | Second Quarter FY 2003 (For Quarter Ended August 2, 2002) | 70 |
|   | 1. | Second Quarter 2003 Earnings Release | 70 |
|   | 2. | Second Quarter 2003 Earnings Conference Call | 71 |
|   | 3. | Second Quarter 2003 10-Q | 73 |
| C. | | Third Quarter FY 2003 (For Quarter Ended November 1, 2002) | 76 |
|   | 1. | American Business Conference Call | 76 |
|   | 2. | Third Quarter 2003 Earnings Release | 77 |
|   | 3. | Third Quarter 2003 Earnings Conference Call | 78 |
|   | 4. | Third Quarter 2003 10-Q | 80 |

| | | |
|---|---|---|
| D. | Fourth Quarter FY 2003 (For The Quarter Ended January 31, 2003) | 85 |
| | 1. Fourth Quarter 2003 Earnings Release | 85 |
| | 2. Fourth Quarter 2003 Earnings Conference Call | 86 |
| | 3. Dell's Stock Rises on Misleading Reports | 87 |
| | 4. Goldman Sachs Conference Call | 88 |
| | 5. 10-K for the Year Ended January 31, 2003 | 89 |
| E. | First Quarter 2004 (For The Quarter Ended May 2, 2003) | 98 |
| | 1. First Quarter 2004 Earnings Release | 98 |
| | 2. First Quarter 2004 Earnings Conference Call | 100 |
| | 3. 2004 Proxy | 101 |
| | 4. First Quarter 2004 10-Q | 101 |
| F. | Second Quarter 2004 (For The Quarter Ended August 1, 2003) | 106 |
| | 1. Second Quarter 2004 Earnings Release | 106 |
| | 2. Second Quarter 2004 Earnings Conference Call | 107 |
| | 3. Second Quarter 2004 10-Q | 109 |
| G. | Third Quarter (For The Quarter Ended October 31, 2003) | 115 |
| | 1. Dell's Third Quarter 2004 Earnings Release | 115 |
| | 2. Third Quarter 2004 Earnings Conference Call | 117 |
| | 3. Third Quarter 2004 10-Q | 118 |
| H. | Fourth Quarter (For The Quarter Ended January 30, 2004) | 123 |
| | 1. Fourth Quarter 2004 Earnings Release | 123 |
| | 2. Fourth Quarter 2004 Earnings Conference Call | 125 |
| | 3. 10-K for the Year Ended January 30, 2004 | 126 |
| I. | First Quarter 2005 (For The Quarter Ended April 30, 2004) | 135 |
| | 1. First Quarter 2005 Earnings Release | 135 |

|   |   |   |   |
|---|---|---|---|
|   | 2. | First Quarter 2005 Earnings Call | 137 |
|   | 3. | The 2005 Proxy | 139 |
|   | 4. | First Quarter 2005 10-Q | 140 |
| J. | Rollins Touts Dell's Growth | | 146 |
| K. | Second Quarter 2005 (For The Quarter Ended July 30, 2004) | | 146 |
|   | 1. | Second Quarter 2005 Earnings Release | 146 |
|   | 2. | Second Quarter 2005 Earnings Conference Call | 149 |
|   | 3. | Rollins States that Dell's Performance Will Be in Line with Wall Street Estimates | 151 |
|   | 4. | Second Quarter 2005 10-Q | 152 |
| L. | Third Quarter 2005 (For The Quarter Ended October 29, 2004) | | 158 |
|   | 1. | Third Quarter 2005 Earnings Release | 158 |
|   | 2. | Third Quarter 2005 Earnings Conference Call | 160 |
|   | 3. | Third Quarter 2005 10-Q | 163 |
| M. | Fourth Quarter 2005 (For The Quarter Ended Jan 28, 2005) | | 169 |
|   | 1. | Fourth Quarter 2005 Earnings Release | 169 |
|   | 2. | Fourth Quarter 2005 Earnings Conference Call | 172 |
|   | 3. | 10-K for the Year Ended January 28, 2005 | 173 |
|   | 4. | Schneider Reaffirms the Validity of Dell's Business Model | 181 |
| N. | First Quarter 2006 (For The Quarter Ended April 29, 2005) | | 182 |
|   | 1. | First Quarter 2006 Earnings Release | 182 |
|   | 2. | The 2006 Proxy | 184 |
|   | 3. | First Quarter 2006 Earnings Conference Call | 185 |
|   | 4. | First Quarter 2006 10-Q | 186 |
| O. | Second Quarter 2006 (For The Quarter Ended July 29, 2005) | | 192 |
|   | 1. | Second Quarter 2006 Earnings Release | 192 |

|   |   |   |   |
|---|---|---|---|
|   | 2. | Second Quarter 2006 Earnings Call | 194 |
|   | 3. | Second Quarter 2006 10-Q | 194 |
| P. | Third Quarter 2006 (For The Quarter Ended October 28, 2005) | | 200 |
|   | 1. | Dell Announces That Its Results for the Quarter Would Be Lower Than Expected | 200 |
|   | 2. | Third Quarter 2006 Earnings Release | 201 |
|   | 3. | Third Quarter 2006 Earnings Conference Call | 203 |
|   | 4. | Third Quarter 2006 10-Q | 203 |
| Q. | Fourth Quarter 2006 (For The Quarter Ended February 3, 2006) | | 210 |
|   | 1. | Fourth Quarter 2006 Earnings Release | 210 |
|   | 2. | Fourth Quarter 2006 Earnings Conference Call | 212 |
|   | 3. | 10-K for the Year Ended February 3, 2006 | 213 |
| R. | First Quarter 2007 (For The Quarter Ended May 5, 2006) | | 222 |
|   | 1. | First Quarter 2007 Earnings Release | 222 |
|   | 2. | First Quarter 2007 Earnings Conference Call | 224 |
|   | 3. | The 2007 Proxy | 225 |
|   | 4. | First Quarter 2007 10-Q | 226 |
|   | 5. | Dell Attempts to Condition the Market | 231 |
|   | 6. | Second Quarter 2007 Earnings Release | 232 |
|   | 7. | Dell Downplays the Gravity of the SEC's Investigation | 234 |
| IX. | SCIENTER/FRAUDULENT INTENT | | 235 |
|   | A. | The Individual Defendants' Knowing And/Or Reckless Participation In The Fraud | 235 |
|   | B. | The Individual Defendants Each Signed SEC Filings And Made Other Public Statements That Contained Materially False And Misleading Statements And/Or Omitted Material Facts | 236 |

|   |   |   |
|---|---|---|
| C. | The Individual Defendants Had Unfettered Access To All Of Dell's Financial Information And Were Intimately Involved In The Day-To-Day Management Of The Company | 238 |
| D. | The Individual Defendants Oversaw And Actually Directed Dell's Manipulative Accounting Practices | 241 |
| E. | The Individual Defendants Were Aware Of And Implemented Policies That Encouraged Fraud And Knowingly Ignored Dishonest Behavior Within The Company | 243 |
| | 1. Dell's Executive Compensation and Jumbo Bonus Scheme Encouraged Fraud | 243 |
| | 2. Dell Had a "Culture of Deception" | 251 |
| F. | The Individual Defendants Reaped The Benefits Of Their Fraud By Engaging In Massive Insider Trading | 255 |
| G. | Individual Defendants Rollins And Schneider "Left" The Company At Suspicious Times | 260 |

X. PWC's KNOWING AND/OR RECKLESS PARTICIPATION IN THE FRAUD .......260

| | | |
|---|---|---|
| A. | PwC Was Not Independent | 265 |
| B. | PwC Had Full And Complete Access To Dell's Information | 267 |
| C. | PwC Failed To Render Accurate Audit Reports | 267 |
| D. | PwC Improperly Issued Unqualified Opinions On The Effectiveness Of The Company's Internal Controls Over Financial Reporting During The Class Period | 269 |
| E. | PwC Failed To Adequately Plan Its Audit | 275 |
| F. | PwC Failed To Exercise Due Professional Care | 279 |
| G. | Numerous "Red Flags" Should Have Alerted PwC To Dell's Materially False And Misleading Financial Statements | 279 |
| H. | PwC Failed To Properly Consider And Test For Management Override Of Controls | 284 |
| I. | PwC Failed To Obtain Sufficient Competent Evidential Matter Regarding Revenue Recognition On High Volume Software Products | 285 |
| J. | The Manipulation Of Accounting Accruals And Reserves For The Purpose Of Enhancing The Company's Reported Operating Results | 286 |

|   |   |   |
|---|---|---|
| | K. | The Restatements Were Material To Dell's Reported Results ............................. 287 |
| | L. | PwC Has A History Of Violating GAAS And Engaging In Questionable Conduct ............................................................................................................. 288 |
| XI. | APPLICABILITY OF PRESUMPTION OF RELIANCE: FRAUD-ON-THE-MARKET DOCTRINE ............................................................................................. 289 | |
| XII. | NO SAFE HARBOR EXISTS FOR DEFENDANTS' FALSE STATEMENTS ........... 290 | |
| XIII. | LOSS CAUSATION ......................................................................................................... 290 | |
| | A. | The August 11, 2005 Announcement ................................................................. 292 |
| | B. | The February 16, 2006 Fourth Quarter FY 2006 Announcement ....................... 292 |
| | C. | The May 8, 2006 Announcement ....................................................................... 293 |
| | D. | The August 17, 2006 Announcement ................................................................. 294 |
| | E. | The September 11, 2006 Announcement ........................................................... 295 |
| XIV. | CLASS ACTION ALLEGATIONS ................................................................................. 296 | |
| XV. | CLAIMS FOR RELIEF .................................................................................................... 298 | |
| XVI. | PRAYER FOR RELIEF ................................................................................................... 304 | |
| XVII. | JURY DEMAND ............................................................................................................... 304 | |