# APPENDIX 3

Dell, Inc.
Summary of Class Period Transactions
Class Period: 5/16/02 - 9/8/06
Source: Form 4's

| Insider | Pos | Date | Options Exercised | Price | Cost to Exercise | Shares Sold | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|
| T. LUCE | D | 6/28/2002 | 26,800 | $9.26 | $248,168 | | | |
| T. LUCE | D | 6/28/2002 | 4,133 | $9.26 | $38,272 | | | |
| T. LUCE | D | 6/28/2002 | | | | 30,933 | $26.28 | $812,919 |
| J. MARENGI | O,SVP | 8/14/2002 | 400,000 | $7.22 | $2,888,000 | | | |
| J. MARENGI | O,SVP | 8/14/2002 | | | | 432,741 | $27.00 | $11,684,007 |
| M. TOPFER | D | 8/21/2002 | | | | 60,000 | $27.75 | $1,665,000 |
| R. PARRA | O,SVP | 9/9/2002 | | | | 38,000 | $26.33 | $1,000,540 |
| R. PARRA | O,SVP | 9/10/2002 | | | | 9,905 | $26.41 | $261,591 |
| T. LUCE | D | 9/17/2002 | 39,778 | $9.26 | $368,344 | | | |
| T. LUCE | D | 9/17/2002 | | | | 39,778 | $26.80 | $1,066,050 |
| J. MARENGI | O,SVP | 11/4/2002 | 40,000 | $22.94 | $917,600 | | | |
| J. MARENGI | O,SVP | 11/4/2002 | | | | 32,888 | $30.01 | $986,969 |
| J. MARENGI | O,SVP | 11/4/2002 | | | | 6,812 | $30.01 | $204,428 |
| J. MARENGI | O,SVP | 11/4/2002 | | | | 300 | $30.00 | $9,000 |
| J. SCHNEIDER | CFO,O,SVP | 11/4/2002 | 40,000 | $2.48 | $99,240 | | | |
| J. SCHNEIDER | CFO,O,SVP | 11/4/2002 | | | | 23,288 | $30.05 | $699,804 |
| J. SCHNEIDER | CFO,O,SVP | 11/4/2002 | | | | 25,600 | $30.08 | $770,048 |
| J. SCHNEIDER | CFO,O,SVP | 11/4/2002 | | | | 29,900 | $30.05 | $898,495 |
| J. SCHNEIDER | CFO,O,SVP | 11/4/2002 | | | | 38,300 | $30.00 | $1,149,000 |
| J. SCHNEIDER | CFO,O,SVP | 11/4/2002 | | | | 25,300 | $30.03 | $759,759 |
| J. SCHNEIDER | CFO,O,SVP | 11/4/2002 | | | | 57,312 | $30.01 | $1,719,933 |
| J. SCHNEIDER | CFO,O,SVP | 11/4/2002 | | | | 300 | $30.00 | $9,000 |
| M. TOPFER | D | 11/19/2002 | 43,510 | $21.72 | $945,037 | | | |
| M. TOPFER | D | 11/19/2002 | | | | 62,065 | $28.32 | $1,757,681 |
| M. TOPFER | D | 11/19/2002 | | | | 32,935 | $28.34 | $933,378 |
| M. DELL | D | 11/21/2002 | | | | 520,000 | $29.09 | $15,126,800 |
| M. DELL | D | 11/21/2002 | | | | 1,640,000 | $28.83 | $47,281,200 |
| M. DELL | D | 11/21/2002 | | | | 1,360,000 | $28.83 | $39,208,800 |
| M. DELL | D | 11/21/2002 | | | | 4,480,000 | $29.09 | $130,323,200 |
| M. DELL | D | 11/22/2002 | | | | 2,000,000 | $28.67 | $57,340,000 |
| R. PARRA | O,SVP | 11/26/2002 | | | | 49,440 | $28.15 | $1,391,736 |
| M. JORDAN | D | 12/26/2002 | 40,000 | $0.54 | $21,600 | | | |
| M. JORDAN | D | 12/26/2002 | | | | 3,264 | $27.63 | $90,184 |
| M. JORDAN | D | 12/26/2002 | | | | 6,200 | $27.62 | $171,244 |
| M. JORDAN | D | 12/26/2002 | | | | 5,800 | $27.63 | $160,254 |
| M. JORDAN | D | 12/26/2002 | | | | 18 | $27.58 | $496 |
| M. JORDAN | D | 12/26/2002 | | | | 10,600 | $27.58 | $292,348 |
| M. JORDAN | D | 12/26/2002 | | | | 5,500 | $27.60 | $151,800 |
| M. JORDAN | D | 12/26/2002 | | | | 18 | $27.61 | $497 |
| M. JORDAN | D | 12/26/2002 | | | | 8,600 | $27.59 | $237,274 |
| R. PARRA | O,SVP | 12/31/2002 | | | | 2,000 | $28.87 | $57,740 |
| R. PARRA | O,SVP | 12/31/2002 | | | | 2,002 | $26.87 | $53,794 |
| R. PARRA | O,SVP | 12/31/2002 | | | | 3,000 | $26.87 | $80,610 |
| R. PARRA | O,SVP | 12/31/2002 | | | | 2,000 | $26.78 | $53,560 |
| R. PARRA | O,SVP | 12/31/2002 | | | | 4,000 | $26.79 | $107,160 |
| R. PARRA | O,SVP | 12/31/2002 | | | | 2,643 | $26.88 | $71,044 |
| R. PARRA | O,SVP | 12/31/2002 | | | | 3,000 | $26.75 | $80,250 |
| R. PARRA | O,SVP | 12/31/2002 | | | | 3,000 | $26.80 | $80,400 |
| R. PARRA | O,SVP | 12/31/2002 | | | | 2,000 | $26.79 | $53,580 |
| R. PARRA | O,SVP | 12/31/2002 | | | | 2,000 | $26.77 | $53,540 |
| R. PARRA | O,SVP | 1/2/2003 | 64,000 | $1.45 | $92,544 | | | |
| R. PARRA | O,SVP | 1/2/2003 | 38,400 | $9.26 | $355,584 | | | |
| R. PARRA | O,SVP | 1/2/2003 | | | | 102,400 | $27.02 | $2,766,848 |
| J. SCHNEIDER | CFO,O,SVP | 1/2/2003 | 80,000 | $2.48 | $198,480 | | | |
| J. SCHNEIDER | CFO,O,SVP | 1/2/2003 | | | | 37,477 | $27.75 | $1,039,987 |
| J. SCHNEIDER | CFO,O,SVP | 1/2/2003 | | | | 7,800 | $27.77 | $216,606 |
| J. SCHNEIDER | CFO,O,SVP | 1/2/2003 | | | | 1,900 | $27.76 | $52,744 |
| J. SCHNEIDER | CFO,O,SVP | 1/2/2003 | | | | 9,423 | $27.76 | $261,582 |
| J. SCHNEIDER | CFO,O,SVP | 1/2/2003 | | | | 13,200 | $27.74 | $366,168 |
| J. SCHNEIDER | CFO,O,SVP | 1/2/2003 | | | | 10,200 | $27.77 | $283,254 |
| J. HAMLIN | O,SVP | 2/28/2003 | | | | 2,065 | $27.00 | $55,755 |
| K. ROLLINS | P,CO,O | 2/28/2003 | 270,000 | $0.88 | $237,870 | | | |
| K. ROLLINS | P,CO,O | 2/28/2003 | | | | 17,432 | $27.01 | $470,838 |
| K. ROLLINS | P,CO,O | 2/28/2003 | | | | 15,300 | $27.00 | $413,100 |
| K. ROLLINS | P,CO,O | 2/28/2003 | | | | 9,917 | $27.01 | $267,858 |
| K. ROLLINS | P,CO,O | 2/28/2003 | | | | 10,000 | $27.02 | $270,200 |
| K. ROLLINS | P,CO,O | 2/28/2003 | | | | 8,768 | $27.01 | $236,824 |
| K. ROLLINS | P,CO,O | 2/28/2003 | | | | 57,000 | $27.00 | $1,539,000 |
| K. ROLLINS | P,CO,O | 2/28/2003 | | | | 11,500 | $27.00 | $310,500 |
| K. ROLLINS | P,CO,O | 2/28/2003 | | | | 10,588 | $27.00 | $285,876 |
| K. ROLLINS | P,CO,O | 2/28/2003 | | | | 17,100 | $27.02 | $462,042 |
| K. ROLLINS | P,CO,O | 2/28/2003 | | | | 6,370 | $27.04 | $172,245 |

Dell, Inc.
Summary of Class Period Transactions
Class Period: 5/16/02 - 9/8/06
Source: Form 4's

| Insider | Pos | Date | Options Exercised | Price | Cost to Exercise | Shares Sold | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|
| K. ROLLINS | P,CO,O | 2/28/2003 | | | | 8,625 | $27.03 | $233,134 |
| K. ROLLINS | P,CO,O | 2/28/2003 | | | | 20,100 | $27.02 | $543,102 |
| K. ROLLINS | P,CO,O | 2/28/2003 | | | | 29,400 | $27.01 | $794,094 |
| K. ROLLINS | P,CO,O | 2/28/2003 | | | | 26,500 | $27.01 | $715,765 |
| K. ROLLINS | P,CO,O | 2/28/2003 | | | | 11,400 | $27.00 | $307,800 |
| K. ROLLINS | P,CO,O | 2/28/2003 | | | | 10,000 | $27.02 | $270,200 |
| J. CLARKE | O,SVP | 3/5/2003 | | | | 91,500 | $26.36 | $2,411,940 |
| W. AMELIO | O,SVP | 3/13/2003 | | | | 15,000 | $26.43 | $396,450 |
| W. AMELIO | O,SVP | 3/13/2003 | | | | 10,000 | $26.40 | $264,000 |
| W. AMELIO | O,SVP | 3/13/2003 | | | | 10,000 | $26.35 | $263,500 |
| W. AMELIO | O,SVP | 3/13/2003 | | | | 10,000 | $26.30 | $263,000 |
| W. AMELIO | O,SVP | 3/13/2003 | | | | 10,000 | $26.28 | $262,800 |
| W. AMELIO | O,SVP | 3/13/2003 | | | | 10,000 | $26.25 | $262,500 |
| W. AMELIO | O,SVP | 3/13/2003 | | | | 4,091 | $26.20 | $107,184 |
| M. DELL | D | 3/13/2003 | | | | 1,400,000 | $26.89 | $37,646,000 |
| M. DELL | D | 3/13/2003 | | | | 1,600,000 | $26.89 | $43,024,000 |
| M. DELL | D | 3/14/2003 | | | | 7,000,000 | $26.53 | $185,710,000 |
| J. HAMLIN | O,SVP | 3/17/2003 | 20,000 | $22.94 | $458,800 | | | |
| J. HAMLIN | O,SVP | 3/17/2003 | | | | 10,000 | $27.50 | $275,000 |
| J. HAMLIN | O,SVP | 3/17/2003 | | | | 10,000 | $28.00 | $280,000 |
| J. SCHNEIDER | CFO,O,SVP | 3/17/2003 | 100,000 | $2.48 | $248,100 | | | |
| J. SCHNEIDER | CFO,O,SVP | 3/17/2003 | | | | 6,374 | $27.74 | $176,815 |
| J. SCHNEIDER | CFO,O,SVP | 3/17/2003 | | | | 93,626 | $27.73 | $2,596,249 |
| J. SCHNEIDER | CFO,O,SVP | 3/18/2003 | 100,000 | $2.48 | $248,100 | | | |
| J. SCHNEIDER | CFO,O,SVP | 3/18/2003 | | | | 75,400 | $28.04 | $2,114,216 |
| J. SCHNEIDER | CFO,O,SVP | 3/18/2003 | | | | 6,500 | $28.05 | $182,325 |
| J. SCHNEIDER | CFO,O,SVP | 3/18/2003 | | | | 18,100 | $28.05 | $507,705 |
| M. DELL | D | 3/21/2003 | | | | 2,000,000 | $28.36 | $56,720,000 |
| J. HAMLIN | O,SVP | 4/2/2003 | 10,000 | $22.94 | $229,400 | | | |
| J. HAMLIN | O,SVP | 4/2/2003 | | | | 10,000 | $28.26 | $282,600 |
| R. PARRA | O,SVP | 5/20/2003 | 80,000 | $22.94 | $1,835,200 | | | |
| R. PARRA | O,SVP | 5/20/2003 | 200,000 | $24.09 | $4,818,000 | | | |
| R. PARRA | O,SVP | 5/20/2003 | | | | 280,000 | $30.35 | $8,498,000 |
| M. DELL | D | 5/22/2003 | | | | 2,000,000 | $30.00 | $60,000,000 |
| M. DELL | D | 5/23/2003 | | | | 5,000,000 | $29.56 | $147,800,000 |
| M. DELL | D | 5/27/2003 | | | | 3,000,000 | $29.65 | $88,950,000 |
| K. ROLLINS | P,CO,O | 5/28/2003 | 62,000 | $0.88 | $54,622 | | | |
| K. ROLLINS | P,CO,O | 5/28/2003 | 188,000 | $0.88 | $165,628 | | | |
| K. ROLLINS | P,CO,O | 5/28/2003 | | | | 250,000 | $30.61 | $7,652,500 |
| J. SCHNEIDER | CFO,O,SVP | 5/28/2003 | 250,000 | $2.48 | $620,250 | | | |
| J. SCHNEIDER | CFO,O,SVP | 5/28/2003 | | | | 250,000 | $30.86 | $7,715,000 |
| M. DELL | D | 5/30/2003 | | | | 1,000,000 | $31.31 | $31,310,000 |
| R. PARRA | O,SVP | 5/30/2003 | 40,000 | $22.10 | $884,000 | | | |
| R. PARRA | O,SVP | 5/30/2003 | | | | 40,000 | $31.36 | $1,254,400 |
| J. HAMLIN | O,SVP | 6/3/2003 | 20,000 | $27.64 | $552,800 | | | |
| J. HAMLIN | O,SVP | 6/3/2003 | | | | 20,000 | $31.00 | $620,000 |
| J. HAMLIN | O,SVP | 6/4/2003 | 20,000 | $27.64 | $552,800 | | | |
| J. HAMLIN | O,SVP | 6/4/2003 | | | | 20,000 | $31.80 | $636,000 |
| J. SCHNEIDER | CFO,O,SVP | 6/4/2003 | 50,000 | $2.48 | $124,050 | | | |
| J. SCHNEIDER | CFO,O,SVP | 6/4/2003 | | | | 50,000 | $31.75 | $1,587,500 |
| J. MARENGI | O,SVP | 6/6/2003 | 40,000 | $22.94 | $917,600 | | | |
| J. MARENGI | O,SVP | 6/6/2003 | 200,000 | $24.09 | $4,818,000 | | | |
| J. MARENGI | O,SVP | 6/6/2003 | 40,000 | $22.10 | $884,000 | | | |
| J. MARENGI | O,SVP | 6/6/2003 | | | | 280,000 | $32.16 | $9,004,800 |
| J. SCHNEIDER | CFO,O,SVP | 6/6/2003 | 50,000 | $2.48 | $124,050 | | | |
| J. SCHNEIDER | CFO,O,SVP | 6/6/2003 | | | | 50,000 | $32.16 | $1,608,000 |
| J. MEDICA | O,SVP | 6/16/2003 | 7,232 | $28.89 | $208,932 | | | |
| J. MEDICA | O,SVP | 6/16/2003 | 40,000 | $22.94 | $917,600 | | | |
| J. MEDICA | O,SVP | 6/16/2003 | 70,000 | $24.09 | $1,686,300 | | | |
| J. MEDICA | O,SVP | 6/16/2003 | 20,000 | $22.10 | $442,000 | | | |
| J. MEDICA | O,SVP | 6/16/2003 | 20,000 | $27.64 | $552,800 | | | |
| J. MEDICA | O,SVP | 6/16/2003 | | | | 157,232 | $32.01 | $5,032,996 |
| J. SCHNEIDER | CFO,O,SVP | 6/16/2003 | 50,000 | $2.48 | $124,050 | | | |
| J. SCHNEIDER | CFO,O,SVP | 6/16/2003 | | | | 50,000 | $32.00 | $1,600,000 |
| J. MARENGI | O,SVP | 6/17/2003 | 34,608 | $28.89 | $999,825 | | | |
| J. MARENGI | O,SVP | 6/17/2003 | 40,000 | $27.64 | $1,105,600 | | | |
| J. MARENGI | O,SVP | 6/17/2003 | | | | 74,608 | $32.35 | $2,413,569 |
| J. HAMLIN | O,SVP | 6/18/2003 | 100,000 | $24.09 | $2,409,000 | | | |
| J. HAMLIN | O,SVP | 6/18/2003 | | | | 110,000 | $31.88 | $3,506,800 |
| J. MARENGI | O,SVP | 6/18/2003 | 200,000 | $24.09 | $4,818,000 | | | |
| J. MARENGI | O,SVP | 6/18/2003 | | | | 200,000 | $32.01 | $6,402,000 |
| J. MEDICA | O,SVP | 6/18/2003 | 70,000 | $24.09 | $1,686,300 | | | |

Dell, Inc.
Summary of Class Period Transactions
Class Period: 5/16/02 - 9/8/06
Source: Form 4's

| Insider | Pos | Date | Options Exercised | Price | Cost to Exercise | Shares Sold | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|
| J. MEDICA | O,SVP | 6/18/2003 | | | | 70,000 | $32.02 | $2,241,400 |
| T. GREEN | X | 6/19/2003 | 384,000 | $1.45 | $555,264 | | | |
| T. GREEN | X | 6/19/2003 | | | | 384,000 | $32.43 | $12,453,120 |
| J. MARENGI | O,SVP | 7/1/2003 | | | | 12,100 | $31.69 | $383,449 |
| M. MILES | D | 7/1/2003 | 300,000 | $0.63 | $188,700 | | | |
| M. MILES | D | 7/1/2003 | | | | 300,000 | $31.29 | $9,387,000 |
| R. PARRA | O,SVP | 7/1/2003 | 200,000 | $24.09 | $4,818,000 | | | |
| R. PARRA | O,SVP | 7/1/2003 | | | | 200,000 | $31.22 | $6,244,000 |
| M. DELL | D | 8/19/2003 | | | | 2,830,000 | $33.03 | $93,474,900 |
| J. MARENGI | O,SVP | 8/19/2003 | | | | 33,660 | $33.65 | $1,132,659 |
| J. SCHNEIDER | CFO,O,SVP | 8/19/2003 | 96,000 | $9.26 | $888,960 | | | |
| J. SCHNEIDER | CFO,O,SVP | 8/19/2003 | 200,000 | $2.48 | $496,000 | | | |
| J. SCHNEIDER | CFO,O,SVP | 8/19/2003 | | | | 296,000 | $33.38 | $9,880,480 |
| M. DELL | D | 8/20/2003 | | | | 3,320,000 | $32.53 | $107,999,600 |
| M. DELL | D | 8/21/2003 | | | | 3,850,000 | $32.39 | $124,701,500 |
| M. DELL | D | 8/22/2003 | | | | 1,000,000 | $33.25 | $33,250,000 |
| K. ROLLINS | P,CO,O | 8/22/2003 | 400,000 | $0.88 | $352,000 | | | |
| K. ROLLINS | P,CO,O | 8/22/2003 | | | | 400,000 | $33.25 | $13,300,000 |
| J. CLARKE | O,SVP | 8/28/2003 | 88,712 | $12.74 | $1,130,191 | | | |
| J. CLARKE | O,SVP | 8/28/2003 | 56,000 | $11.03 | $617,680 | | | |
| J. CLARKE | O,SVP | 8/28/2003 | | | | 144,712 | $32.27 | $4,669,856 |
| J. SCHNEIDER | CFO,O,SVP | 9/3/2003 | 100,000 | $2.48 | $248,000 | | | |
| J. SCHNEIDER | CFO,O,SVP | 9/3/2003 | | | | 100,000 | $34.35 | $3,435,000 |
| J. MARENGI | O,SVP | 9/4/2003 | 17,304 | $28.90 | $500,086 | | | |
| J. MARENGI | O,SVP | 9/4/2003 | | | | 17,304 | $34.35 | $594,392 |
| J. HAMLIN | O,SVP | 9/5/2003 | 40,000 | $25.45 | $1,018,000 | | | |
| J. HAMLIN | O,SVP | 9/5/2003 | | | | 40,000 | $34.30 | $1,372,000 |
| J. HAMLIN | O,SVP | 9/5/2003 | | | | 2,500 | $34.46 | $86,150 |
| J. HAMLIN | O,SVP | 9/5/2003 | | | | 2,176 | $34.47 | $75,007 |
| J. MARENGI | O,SVP | 9/5/2003 | 40,000 | $25.45 | $1,018,000 | | | |
| J. MARENGI | O,SVP | 9/5/2003 | | | | 40,000 | $34.20 | $1,368,000 |
| J. MARENGI | O,SVP | 9/8/2003 | 40,000 | $22.10 | $884,000 | | | |
| J. MARENGI | O,SVP | 9/8/2003 | | | | 40,000 | $34.07 | $1,362,800 |
| R. DAVIS | CFO,O,VP | 9/9/2003 | 30,000 | $3.72 | $111,600 | | | |
| R. DAVIS | CFO,O,VP | 9/9/2003 | | | | 30,000 | $33.29 | $998,700 |
| J. HAMLIN | O,SVP | 9/17/2003 | 30,000 | $22.10 | $663,000 | | | |
| J. HAMLIN | O,SVP | 9/17/2003 | | | | 30,000 | $34.44 | $1,033,200 |
| K. ROLLINS | P,CO,O | 9/18/2003 | 250,000 | $0.88 | $220,000 | | | |
| K. ROLLINS | P,CO,O | 9/18/2003 | | | | 250,000 | $34.90 | $8,725,000 |
| J. MEDICA | O,SVP | 9/22/2003 | 20,000 | $25.45 | $509,000 | | | |
| J. MEDICA | O,SVP | 9/22/2003 | 20,000 | $22.10 | $442,000 | | | |
| J. MEDICA | O,SVP | 9/22/2003 | | | | 40,000 | $34.29 | $1,371,600 |
| J. CLARKE | O,SVP | 11/24/2003 | 23,602 | $22.94 | $541,430 | | | |
| J. CLARKE | O,SVP | 11/24/2003 | 26,335 | $21.72 | $571,996 | | | |
| J. CLARKE | O,SVP | 11/24/2003 | 22,000 | $24.09 | $529,980 | | | |
| J. CLARKE | O,SVP | 11/24/2003 | | | | 45,000 | $35.34 | $1,590,300 |
| J. CLARKE | O,SVP | 11/24/2003 | | | | 26,937 | $35.02 | $943,334 |
| R. DAVIS | CFO,O,VP | 11/24/2003 | 24,960 | $9.26 | $231,130 | | | |
| R. DAVIS | CFO,O,VP | 11/24/2003 | 4,000 | $3.72 | $14,880 | | | |
| R. DAVIS | CFO,O,VP | 11/24/2003 | | | | 28,960 | $35.27 | $1,021,419 |
| J. CLARKE | O,SVP | 11/25/2003 | 76,500 | $24.09 | $1,842,885 | | | |
| J. CLARKE | O,SVP | 11/25/2003 | | | | 45,000 | $35.08 | $1,578,600 |
| J. CLARKE | O,SVP | 11/25/2003 | | | | 28,000 | $35.17 | $984,760 |
| J. CLARKE | O,SVP | 11/25/2003 | | | | 3,500 | $35.00 | $122,500 |
| J. CLARKE | O,SVP | 12/1/2003 | 41,500 | $24.09 | $999,735 | | | |
| J. CLARKE | O,SVP | 12/1/2003 | 40,000 | $22.10 | $884,000 | | | |
| J. CLARKE | O,SVP | 12/1/2003 | | | | 40,000 | $35.00 | $1,400,000 |
| J. CLARKE | O,SVP | 12/1/2003 | | | | 16,500 | $35.02 | $577,830 |
| J. CLARKE | O,SVP | 12/1/2003 | | | | 10,000 | $35.05 | $350,500 |
| J. CLARKE | O,SVP | 12/1/2003 | | | | 10,000 | $35.04 | $350,400 |
| J. CLARKE | O,SVP | 12/1/2003 | | | | 5,000 | $35.03 | $175,150 |
| M. DELL | D | 12/12/2003 | | | | 4,000,000 | $33.81 | $135,240,000 |
| M. DELL | D | 12/15/2003 | | | | 2,000,000 | $33.74 | $67,480,000 |
| M. DELL | D | 12/15/2003 | | | | 1,000,000 | $33.16 | $33,160,000 |
| M. DELL | D | 12/16/2003 | | | | 4,000,000 | $32.71 | $130,840,000 |
| M. DELL | D | 12/17/2003 | | | | 500,000 | $33.15 | $16,575,000 |
| M. DELL | D | 12/18/2003 | | | | 5,580,000 | $33.42 | $186,483,600 |
| M. DELL | D | 12/19/2003 | | | | 2,058,000 | $33.57 | $69,087,060 |
| R. PARRA | O,SVP | 12/30/2003 | 69,216 | $28.90 | $2,000,342 | | | |
| R. PARRA | O,SVP | 12/30/2003 | 12,000 | $30.43 | $365,160 | | | |
| R. PARRA | O,SVP | 12/30/2003 | | | | 20,000 | $34.37 | $687,400 |
| R. PARRA | O,SVP | 12/30/2003 | | | | 20,000 | $34.35 | $687,000 |

Dell, Inc.
Summary of Class Period Transactions
Class Period: 5/16/02 - 9/8/06
Source: Form 4's

| Insider | Pos | Date | Options Exercised | Price | Cost to Exercise | Shares Sold | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|
| R. PARRA | O,SVP | 12/30/2003 | | | | 17,500 | $34.29 | $600,075 |
| R. PARRA | O,SVP | 12/30/2003 | | | | 10,000 | $34.28 | $342,800 |
| R. PARRA | O,SVP | 12/30/2003 | | | | 6,216 | $34.30 | $213,209 |
| R. PARRA | O,SVP | 12/30/2003 | | | | 5,000 | $34.27 | $171,350 |
| R. PARRA | O,SVP | 12/30/2003 | | | | 2,500 | $34.33 | $85,825 |
| J. SCHNEIDER | CFO,O,SVP | 1/5/2004 | 140,000 | $22.10 | $3,094,000 | | | |
| J. SCHNEIDER | CFO,O,SVP | 1/5/2004 | | | | 139,800 | $35.00 | $4,893,000 |
| J. SCHNEIDER | CFO,O,SVP | 1/5/2004 | | | | 100 | $35.05 | $3,505 |
| J. SCHNEIDER | CFO,O,SVP | 1/5/2004 | | | | 100 | $35.04 | $3,504 |
| M. TOPFER | D | 2/18/2004 | 256,944 | $28.90 | $7,425,682 | | | |
| M. TOPFER | D | 2/18/2004 | | | | 226,670 | $34.44 | $7,806,515 |
| J. HAMLIN | O,SVP | 2/19/2004 | 20,000 | $22.94 | $458,800 | | | |
| J. HAMLIN | O,SVP | 2/19/2004 | | | | 19,000 | $34.34 | $652,460 |
| J. HAMLIN | O,SVP | 2/19/2004 | | | | 1,000 | $34.32 | $34,320 |
| M. TOPFER | D | 2/19/2004 | 43,511 | $21.72 | $945,059 | | | |
| M. TOPFER | D | 2/19/2004 | 5,684 | $26.32 | $149,603 | | | |
| M. TOPFER | D | 2/19/2004 | 2,596 | $28.90 | $75,024 | | | |
| M. TOPFER | D | 2/19/2004 | 912 | $26.32 | $24,004 | | | |
| M. TOPFER | D | 2/19/2004 | | | | 37,240 | $34.39 | $1,280,684 |
| M. TOPFER | D | 2/19/2004 | | | | 2,596 | $34.47 | $89,484 |
| J. HAMLIN | O,SVP | 3/9/2004 | | | | 2,690 | $31.46 | $84,627 |
| W. AMELIO | O,SVP | 3/15/2004 | | | | 13,000 | $32.92 | $427,960 |
| W. AMELIO | O,SVP | 3/31/2004 | | | | 72,190 | $33.70 | $2,432,803 |
| J. HAMLIN | O,SVP | 4/7/2004 | 10,000 | $22.94 | $229,400 | | | |
| J. HAMLIN | O,SVP | 4/7/2004 | | | | 10,000 | $34.71 | $347,100 |
| R. PARRA | O,SVP | 4/7/2004 | 40,000 | $25.45 | $1,018,000 | | | |
| R. PARRA | O,SVP | 4/7/2004 | 40,000 | $22.10 | $884,000 | | | |
| R. PARRA | O,SVP | 4/7/2004 | 40,000 | $22.94 | $917,600 | | | |
| R. PARRA | O,SVP | 4/7/2004 | | | | 120,000 | $34.73 | $4,167,600 |
| J. HAMLIN | O,SVP | 5/18/2004 | 20,000 | $26.19 | $523,800 | | | |
| J. HAMLIN | O,SVP | 5/18/2004 | | | | 20,000 | $34.55 | $691,000 |
| J. CLARKE | O,SVP | 5/25/2004 | 11,801 | $22.94 | $270,715 | | | |
| J. CLARKE | O,SVP | 5/25/2004 | | | | 11,801 | $35.16 | $414,923 |
| J. SCHNEIDER | CFO,O,SVP | 5/26/2004 | 60,000 | $22.94 | $1,376,400 | | | |
| J. SCHNEIDER | CFO,O,SVP | 5/26/2004 | 10,791 | $25.45 | $274,631 | | | |
| J. SCHNEIDER | CFO,O,SVP | 5/26/2004 | | | | 70,491 | $35.40 | $2,495,381 |
| J. SCHNEIDER | CFO,O,SVP | 5/26/2004 | | | | 300 | $35.41 | $10,623 |
| J. SCHNEIDER | CFO,O,SVP | 5/27/2004 | 12,900 | $25.45 | $328,305 | | | |
| J. SCHNEIDER | CFO,O,SVP | 5/27/2004 | | | | 12,900 | $35.51 | $458,079 |
| J. HAMLIN | O,SVP | 6/2/2004 | 10,000 | $26.19 | $261,900 | | | |
| J. HAMLIN | O,SVP | 6/2/2004 | | | | 9,000 | $35.51 | $319,590 |
| J. HAMLIN | O,SVP | 6/2/2004 | | | | 1,000 | $35.83 | $35,830 |
| J. SCHNEIDER | CFO,O,SVP | 6/2/2004 | 16,309 | $25.45 | $415,064 | | | |
| J. SCHNEIDER | CFO,O,SVP | 6/2/2004 | | | | 16,309 | $35.50 | $578,970 |
| K. ROLLINS | P,CO,O | 6/8/2004 | 250,000 | $0.88 | $220,000 | | | |
| K. ROLLINS | P,CO,O | 6/8/2004 | | | | 247,400 | $35.30 | $8,733,220 |
| K. ROLLINS | P,CO,O | 6/8/2004 | | | | 2,600 | $35.32 | $91,832 |
| M. DELL | D | 6/15/2004 | | | | 1,800,000 | $35.80 | $64,440,000 |
| J. MARENGI | O,SVP | 6/15/2004 | 40,000 | $27.64 | $1,105,600 | | | |
| J. MARENGI | O,SVP | 6/15/2004 | 40,000 | $22.94 | $917,600 | | | |
| J. MARENGI | O,SVP | 6/15/2004 | 10,548 | $26.19 | $276,252 | | | |
| J. MARENGI | O,SVP | 6/15/2004 | | | | 45,100 | $36.00 | $1,623,600 |
| J. MARENGI | O,SVP | 6/15/2004 | | | | 26,648 | $36.00 | $959,328 |
| J. MARENGI | O,SVP | 6/15/2004 | | | | 10,900 | $36.01 | $392,509 |
| J. MARENGI | O,SVP | 6/15/2004 | | | | 7,300 | $36.01 | $262,873 |
| J. MARENGI | O,SVP | 6/15/2004 | | | | 600 | $36.00 | $21,600 |
| M. DELL | D | 6/16/2004 | | | | 3,075,000 | $35.44 | $108,978,000 |
| M. DELL | D | 6/17/2004 | | | | 2,325,000 | $34.89 | $81,119,250 |
| M. DELL | D | 6/18/2004 | | | | 310,000 | $35.00 | $10,850,000 |
| J. HAMLIN | O,SVP | 6/18/2004 | | | | 10,000 | $34.76 | $347,600 |
| M. DELL | D | 6/21/2004 | | | | 1,290,000 | $34.89 | $45,008,100 |
| J. HAMLIN | O,SVP | 6/21/2004 | 50,000 | $24.09 | $1,204,500 | | | |
| J. HAMLIN | O,SVP | 6/21/2004 | | | | 38,900 | $35.14 | $1,366,946 |
| J. HAMLIN | O,SVP | 6/21/2004 | | | | 10,000 | $35.10 | $351,000 |
| J. HAMLIN | O,SVP | 6/21/2004 | | | | 1,000 | $35.11 | $35,110 |
| J. HAMLIN | O,SVP | 6/21/2004 | | | | 100 | $35.15 | $3,515 |
| M. DELL | D | 6/22/2004 | | | | 1,200,000 | $34.59 | $41,508,000 |
| J. HAMLIN | O,SVP | 6/23/2004 | 50,000 | $24.09 | $1,204,500 | | | |
| J. HAMLIN | O,SVP | 6/23/2004 | | | | 50,000 | $35.25 | $1,762,500 |
| R. PARRA | O,SVP | 6/28/2004 | 80,000 | $27.64 | $2,211,200 | | | |
| R. PARRA | O,SVP | 6/28/2004 | 35,354 | $21.39 | $756,222 | | | |
| R. PARRA | O,SVP | 6/28/2004 | 30,000 | $26.19 | $785,700 | | | |

Dell, Inc.
Summary of Class Period Transactions
Class Period: 5/16/02 - 9/8/06
Source: Form 4's

| Insider | Pos | Date | Options Exercised | Price | Cost to Exercise | Shares Sold | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|
| R. PARRA | O,SVP | 6/28/2004 | | | | 145,354 | $35.45 | $5,152,799 |
| J. MARENGI | O,SVP | 7/2/2004 | | | | 12,075 | $35.45 | $428,059 |
| D. CARTY | D | 7/7/2004 | 174,000 | $0.54 | $93,960 | | | |
| D. CARTY | D | 7/7/2004 | | | | 174,000 | $35.11 | $6,109,140 |
| D. CARTY | D | 8/17/2004 | 105,000 | $0.53 | $55,650 | | | |
| D. CARTY | D | 8/17/2004 | 105,000 | $0.53 | $55,650 | | | |
| D. CARTY | D | 8/17/2004 | | | | 105,000 | $34.59 | $3,631,950 |
| D. CARTY | D | 8/17/2004 | | | | 105,000 | $34.59 | $3,631,950 |
| K. ROLLINS | P,CO,O | 8/17/2004 | 345,000 | $0.88 | $303,600 | | | |
| K. ROLLINS | P,CO,O | 8/17/2004 | | | | 345,000 | $34.61 | $11,940,450 |
| M. DELL | D | 8/18/2004 | | | | 3,575,000 | $35.19 | $125,804,250 |
| M. MILES | D | 8/18/2004 | 360,000 | $0.63 | $226,800 | | | |
| M. MILES | D | 8/18/2004 | | | | 360,000 | $35.20 | $12,672,000 |
| M. DELL | D | 8/19/2004 | | | | 5,095,000 | $34.85 | $177,560,750 |
| M. DELL | D | 8/20/2004 | | | | 1,330,000 | $34.71 | $46,164,300 |
| M. DELL | D | 8/23/2004 | | | | 1,000,000 | $34.90 | $34,900,000 |
| J. HAMLIN | O,SVP | 9/9/2004 | 40,000 | $25.45 | $1,018,000 | | | |
| J. HAMLIN | O,SVP | 9/9/2004 | 30,000 | $22.10 | $663,000 | | | |
| J. HAMLIN | O,SVP | 9/9/2004 | | | | 70,000 | $35.50 | $2,485,000 |
| J. MARENGI | O,SVP | 9/10/2004 | 200,000 | $24.09 | $4,818,000 | | | |
| J. MARENGI | O,SVP | 9/10/2004 | 19,452 | $26.19 | $509,448 | | | |
| J. MARENGI | O,SVP | 9/10/2004 | 17,304 | $28.90 | $500,086 | | | |
| J. MARENGI | O,SVP | 9/10/2004 | | | | 236,756 | $36.01 | $8,525,584 |
| R. DAVIS | CFO,O,VP | 9/20/2004 | 29,248 | $25.45 | $744,362 | | | |
| R. DAVIS | CFO,O,VP | 9/20/2004 | 18,774 | $22.94 | $430,676 | | | |
| R. DAVIS | CFO,O,VP | 9/20/2004 | 17,643 | $22.10 | $389,910 | | | |
| R. DAVIS | CFO,O,VP | 9/20/2004 | 14,800 | $28.90 | $427,720 | | | |
| R. DAVIS | CFO,O,VP | 9/20/2004 | | | | 80,465 | $35.73 | $2,875,014 |
| J. SCHNEIDER | CFO,O,SVP | 10/1/2004 | 50,000 | $22.10 | $1,105,000 | | | |
| J. SCHNEIDER | CFO,O,SVP | 10/1/2004 | | | | 50,000 | $36.05 | $1,802,500 |
| R. PARRA | O,SVP | 10/5/2004 | 200,000 | $24.09 | $4,818,000 | | | |
| R. PARRA | O,SVP | 10/5/2004 | | | | 200,000 | $36.10 | $7,220,000 |
| J. CLARKE | O,SVP | 11/16/2004 | 90,000 | $26.19 | $2,357,100 | | | |
| J. CLARKE | O,SVP | 11/16/2004 | 70,000 | $24.09 | $1,686,300 | | | |
| J. CLARKE | O,SVP | 11/16/2004 | 40,000 | $25.45 | $1,018,000 | | | |
| J. CLARKE | O,SVP | 11/16/2004 | 20,000 | $22.10 | $442,000 | | | |
| J. CLARKE | O,SVP | 11/16/2004 | | | | 120,000 | $40.10 | $4,812,000 |
| J. CLARKE | O,SVP | 11/16/2004 | | | | 100,000 | $40.17 | $4,017,000 |
| J. HAMLIN | O,SVP | 11/16/2004 | 40,000 | $27.64 | $1,105,600 | | | |
| J. HAMLIN | O,SVP | 11/16/2004 | 6,352 | $28.90 | $183,573 | | | |
| J. HAMLIN | O,SVP | 11/16/2004 | | | | 24,772 | $40.04 | $991,871 |
| J. HAMLIN | O,SVP | 11/16/2004 | | | | 7,700 | $40.02 | $308,154 |
| J. HAMLIN | O,SVP | 11/16/2004 | | | | 6,352 | $40.04 | $254,334 |
| J. HAMLIN | O,SVP | 11/16/2004 | | | | 4,528 | $40.01 | $181,165 |
| J. HAMLIN | O,SVP | 11/16/2004 | | | | 2,000 | $40.03 | $80,060 |
| J. HAMLIN | O,SVP | 11/16/2004 | | | | 1,000 | $40.00 | $40,000 |
| T. LUCE | D | 11/16/2004 | 26,096 | $28.90 | $754,174 | | | |
| T. LUCE | D | 11/16/2004 | 16,998 | $28.24 | $480,024 | | | |
| T. LUCE | D | 11/16/2004 | 13,192 | $26.32 | $347,213 | | | |
| T. LUCE | D | 11/16/2004 | | | | 56,286 | $40.00 | $2,251,440 |
| J. MARENGI | O,SVP | 11/16/2004 | 83,248 | $30.43 | $2,533,237 | | | |
| J. MARENGI | O,SVP | 11/16/2004 | 40,000 | $25.45 | $1,018,000 | | | |
| J. MARENGI | O,SVP | 11/16/2004 | 40,000 | $22.10 | $884,000 | | | |
| J. MARENGI | O,SVP | 11/16/2004 | | | | 83,248 | $40.08 | $3,336,580 |
| J. MARENGI | O,SVP | 11/16/2004 | | | | 80,000 | $40.03 | $3,202,400 |
| K. ROLLINS | P,CO,O | 11/16/2004 | 150,000 | $0.88 | $132,000 | | | |
| K. ROLLINS | P,CO,O | 11/16/2004 | | | | 126,400 | $40.25 | $5,087,600 |
| K. ROLLINS | P,CO,O | 11/16/2004 | | | | 15,600 | $40.30 | $628,680 |
| K. ROLLINS | P,CO,O | 11/16/2004 | | | | 6,300 | $40.28 | $253,764 |
| K. ROLLINS | P,CO,O | 11/16/2004 | | | | 1,600 | $40.25 | $64,400 |
| K. ROLLINS | P,CO,O | 11/16/2004 | | | | 100 | $40.26 | $4,026 |
| R. DAVIS | CFO,O,VP | 11/17/2004 | 19,604 | $30.43 | $596,550 | | | |
| R. DAVIS | CFO,O,VP | 11/17/2004 | 8,976 | $27.64 | $248,097 | | | |
| R. DAVIS | CFO,O,VP | 11/17/2004 | 4,343 | $26.19 | $113,743 | | | |
| R. DAVIS | CFO,O,VP | 11/17/2004 | | | | 32,923 | $40.58 | $1,336,015 |
| M. DELL | D | 11/17/2004 | | | | 6,725,000 | $40.42 | $271,824,500 |
| M. DELL | D | 11/18/2004 | | | | 3,275,000 | $40.29 | $131,949,750 |
| M. DELL | D | 11/18/2004 | | | | 1,000,000 | $40.23 | $40,230,000 |
| J. SCHNEIDER | CFO,O,SVP | 11/23/2004 | 80,000 | $27.64 | $2,211,200 | | | |
| J. SCHNEIDER | CFO,O,SVP | 11/23/2004 | 40,000 | $25.45 | $1,018,000 | | | |
| J. SCHNEIDER | CFO,O,SVP | 11/23/2004 | 20,000 | $22.10 | $442,000 | | | |
| J. SCHNEIDER | CFO,O,SVP | 11/23/2004 | | | | 140,000 | $40.40 | $5,656,000 |

Dell, Inc.
Summary of Class Period Transactions
Class Period: 5/16/02 - 9/8/06
Source: Form 4's

| Insider | Pos | Date | Options Exercised | Price | Cost to Exercise | Shares Sold | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|
| J. SCHNEIDER | CFO,O,SVP | 11/26/2004 | 75,000 | $26.19 | $1,964,250 | | | |
| J. SCHNEIDER | CFO,O,SVP | 11/26/2004 | | | | 75,000 | $40.91 | $3,068,250 |
| J. MARENGI | O,SVP | 12/1/2004 | | | | 33,365 | $41.01 | $1,368,299 |
| R. PARRA | O,SVP | 12/3/2004 | | | | 18,300 | $41.76 | $764,208 |
| R. PARRA | O,SVP | 12/3/2004 | | | | 15,021 | $41.72 | $626,676 |
| R. PARRA | O,SVP | 12/3/2004 | | | | 730 | $41.72 | $30,456 |
| W. AMELIO | O,SVP | 12/6/2004 | 325,000 | $22.44 | $7,293,000 | | | |
| W. AMELIO | O,SVP | 12/6/2004 | | | | 325,000 | $41.47 | $13,477,750 |
| J. MEDICA | O,SVP | 12/6/2004 | | | | 157,724 | $41.82 | $6,596,018 |
| J. MEDICA | O,SVP | 12/7/2004 | 90,000 | $26.19 | $2,357,100 | | | |
| J. MEDICA | O,SVP | 12/7/2004 | 70,000 | $24.09 | $1,686,300 | | | |
| J. MEDICA | O,SVP | 12/7/2004 | 61,238 | $37.59 | $2,301,936 | | | |
| J. MEDICA | O,SVP | 12/7/2004 | 30,664 | $37.59 | $1,152,660 | | | |
| J. MEDICA | O,SVP | 12/7/2004 | 30,000 | $34.24 | $1,027,200 | | | |
| J. MEDICA | O,SVP | 12/7/2004 | 20,000 | $25.45 | $509,000 | | | |
| J. MEDICA | O,SVP | 12/7/2004 | 20,000 | $27.64 | $552,800 | | | |
| J. MEDICA | O,SVP | 12/7/2004 | 20,000 | $22.94 | $458,800 | | | |
| J. MEDICA | O,SVP | 12/7/2004 | 20,000 | $22.10 | $442,000 | | | |
| J. MEDICA | O,SVP | 12/7/2004 | 7,232 | $28.90 | $209,005 | | | |
| J. MEDICA | O,SVP | 12/7/2004 | | | | 382,500 | $41.75 | $15,969,375 |
| J. MEDICA | O,SVP | 12/7/2004 | | | | 2,500 | $41.75 | $104,375 |
| J. SCHNEIDER | CFO,O,SVP | 12/7/2004 | 17,802 | $26.19 | $466,234 | | | |
| J. SCHNEIDER | CFO,O,SVP | 12/7/2004 | | | | 15,502 | $41.86 | $648,914 |
| J. SCHNEIDER | CFO,O,SVP | 12/7/2004 | | | | 2,300 | $41.85 | $96,255 |
| J. SCHNEIDER | CFO,O,SVP | 12/8/2004 | 7,198 | $26.19 | $188,516 | | | |
| J. SCHNEIDER | CFO,O,SVP | 12/8/2004 | | | | 6,098 | $41.85 | $255,201 |
| J. SCHNEIDER | CFO,O,SVP | 12/8/2004 | | | | 600 | $41.86 | $25,116 |
| J. SCHNEIDER | CFO,O,SVP | 12/8/2004 | | | | 500 | $41.86 | $20,930 |
| K. ROLLINS | P,CO,O | 12/9/2004 | 248,000 | $0.88 | $218,240 | | | |
| K. ROLLINS | P,CO,O | 12/9/2004 | | | | 247,900 | $42.00 | $10,411,800 |
| K. ROLLINS | P,CO,O | 12/9/2004 | | | | 100 | $42.02 | $4,202 |
| R. DAVIS | CFO,O,VP | 12/20/2004 | 20,562 | $37.59 | $772,926 | | | |
| R. DAVIS | CFO,O,VP | 12/20/2004 | 3,646 | $34.24 | $124,839 | | | |
| R. DAVIS | CFO,O,VP | 12/20/2004 | | | | 24,208 | $41.98 | $1,016,252 |
| J. HAMLIN | O,SVP | 2/15/2005 | 30,000 | $22.94 | $688,200 | | | |
| J. HAMLIN | O,SVP | 2/15/2005 | | | | 27,900 | $39.90 | $1,113,210 |
| J. HAMLIN | O,SVP | 2/15/2005 | | | | 2,100 | $39.91 | $83,811 |
| W. GRAY | D | 2/25/2005 | 65,150 | $31.31 | $2,039,847 | | | |
| W. GRAY | D | 2/25/2005 | 14,448 | $28.24 | $408,012 | | | |
| W. GRAY | D | 2/25/2005 | 11,368 | $26.32 | $299,206 | | | |
| W. GRAY | D | 2/25/2005 | 2,399 | $33.35 | $80,007 | | | |
| W. GRAY | D | 2/25/2005 | | | | 93,365 | $40.16 | $3,749,538 |
| J. SCHNEIDER | CFO,O,SVP | 3/1/2005 | 20,000 | $23.94 | $478,800 | | | |
| J. SCHNEIDER | CFO,O,SVP | 3/1/2005 | | | | 20,000 | $40.45 | $809,000 |
| J. CLARKE | O,SVP | 3/7/2005 | 90,000 | $26.19 | $2,357,100 | | | |
| J. CLARKE | O,SVP | 3/7/2005 | 60,000 | $27.64 | $1,658,400 | | | |
| J. CLARKE | O,SVP | 3/7/2005 | 34,064 | $28.90 | $984,450 | | | |
| J. CLARKE | O,SVP | 3/7/2005 | 11,801 | $22.94 | $270,715 | | | |
| J. CLARKE | O,SVP | 3/7/2005 | | | | 80,865 | $40.73 | $3,293,631 |
| J. CLARKE | O,SVP | 3/7/2005 | | | | 65,000 | $40.76 | $2,649,400 |
| J. CLARKE | O,SVP | 3/7/2005 | | | | 50,000 | $40.73 | $2,036,500 |
| M. GARVIN | O,SVP | 3/7/2005 | | | | 9,000 | $40.63 | $365,670 |
| M. GARVIN | O,SVP | 3/7/2005 | | | | 1,000 | $40.66 | $40,660 |
| J. HAMLIN | O,SVP | 3/7/2005 | 40,000 | $27.64 | $1,105,600 | | | |
| J. HAMLIN | O,SVP | 3/7/2005 | 30,000 | $26.19 | $785,700 | | | |
| J. HAMLIN | O,SVP | 3/7/2005 | | | | 70,000 | $40.71 | $2,849,700 |
| J. HAMLIN | O,SVP | 3/7/2005 | | | | 9,000 | $40.68 | $366,120 |
| J. HAMLIN | O,SVP | 3/7/2005 | | | | 1,000 | $40.69 | $40,690 |
| G. NELAND | O,SVP | 3/7/2005 | | | | 9,000 | $40.67 | $366,030 |
| G. NELAND | O,SVP | 3/7/2005 | | | | 1,000 | $40.65 | $40,650 |
| R. PARRA | O,SVP | 3/7/2005 | 48,332 | $30.43 | $1,470,743 | | | |
| R. PARRA | O,SVP | 3/7/2005 | 40,000 | $22.94 | $917,600 | | | |
| R. PARRA | O,SVP | 3/7/2005 | 40,000 | $22.10 | $884,000 | | | |
| R. PARRA | O,SVP | 3/7/2005 | 30,000 | $26.19 | $785,700 | | | |
| R. PARRA | O,SVP | 3/7/2005 | | | | 55,000 | $40.73 | $2,240,150 |
| R. PARRA | O,SVP | 3/7/2005 | | | | 35,332 | $40.77 | $1,440,486 |
| R. PARRA | O,SVP | 3/7/2005 | | | | 22,000 | $40.63 | $893,860 |
| R. PARRA | O,SVP | 3/7/2005 | | | | 20,000 | $40.65 | $813,000 |
| R. PARRA | O,SVP | 3/7/2005 | | | | 16,000 | $40.66 | $650,560 |
| R. PARRA | O,SVP | 3/7/2005 | | | | 10,000 | $40.67 | $406,700 |
| G. NELAND | O,SVP | 3/14/2005 | 45,000 | $24.09 | $1,084,050 | | | |
| G. NELAND | O,SVP | 3/14/2005 | 30,000 | $26.19 | $785,700 | | | |

Dell, Inc.
Summary of Class Period Transactions
Class Period: 5/16/02 - 9/8/06
Source: Form 4's

| Insider | Pos | Date | Options Exercised | Price | Cost to Exercise | Shares Sold | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|
| G. NELAND | O,SVP | 3/14/2005 | 24,000 | $25.45 | $610,800 | | | |
| G. NELAND | O,SVP | 3/14/2005 | | | | 45,000 | $39.25 | $1,766,250 |
| G. NELAND | O,SVP | 3/14/2005 | | | | 30,000 | $39.25 | $1,177,500 |
| G. NELAND | O,SVP | 3/14/2005 | | | | 24,000 | $39.25 | $942,000 |
| J. MARENGI | O,SVP | 4/5/2005 | 40,000 | $22.94 | $917,600 | | | |
| J. MARENGI | O,SVP | 4/5/2005 | 30,000 | $26.19 | $785,700 | | | |
| J. MARENGI | O,SVP | 4/5/2005 | | | | 70,000 | $39.00 | $2,730,000 |
| M. MILES | D | 5/17/2005 | 384,000 | $1.16 | $445,440 | | | |
| M. MILES | D | 5/17/2005 | | | | 384,000 | $39.20 | $15,052,800 |
| J. MARENGI | O,SVP | 5/19/2005 | 40,000 | $27.64 | $1,105,600 | | | |
| J. MARENGI | O,SVP | 5/19/2005 | | | | 40,000 | $39.53 | $1,581,200 |
| W. AMELIO | O,SVP | 5/20/2005 | 195,000 | $22.44 | $4,375,800 | | | |
| W. AMELIO | O,SVP | 5/20/2005 | 90,000 | $22.10 | $1,989,000 | | | |
| W. AMELIO | O,SVP | 5/20/2005 | | | | 285,000 | $39.92 | $11,377,200 |
| J. SCHNEIDER | CFO,O,SVP | 5/23/2005 | 100,000 | $26.19 | $2,619,000 | | | |
| J. SCHNEIDER | CFO,O,SVP | 5/23/2005 | | | | 100,000 | $40.00 | $4,000,000 |
| R. MOTT | O,SVP | 5/24/2005 | 140,000 | $24.09 | $3,372,600 | | | |
| R. MOTT | O,SVP | 5/24/2005 | 20,000 | $22.94 | $458,800 | | | |
| R. MOTT | O,SVP | 5/24/2005 | 10,000 | $23.53 | $235,300 | | | |
| R. MOTT | O,SVP | 5/24/2005 | | | | 170,000 | $39.95 | $6,791,500 |
| R. MOTT | O,SVP | 5/25/2005 | 40,000 | $26.19 | $1,047,600 | | | |
| R. MOTT | O,SVP | 5/25/2005 | | | | 40,000 | $39.94 | $1,597,600 |
| J. SCHNEIDER | CFO,O,SVP | 5/25/2005 | 40,000 | $27.64 | $1,105,600 | | | |
| J. SCHNEIDER | CFO,O,SVP | 5/25/2005 | | | | 40,000 | $40.25 | $1,610,000 |
| W. AMELIO | O,SVP | 6/1/2005 | 120,000 | $25.45 | $3,054,000 | | | |
| W. AMELIO | O,SVP | 6/1/2005 | 80,000 | $27.64 | $2,211,200 | | | |
| W. AMELIO | O,SVP | 6/1/2005 | 60,000 | $26.19 | $1,571,400 | | | |
| W. AMELIO | O,SVP | 6/1/2005 | | | | 260,000 | $40.51 | $10,532,600 |
| J. HAMLIN | O,SVP | 6/6/2005 | 30,000 | $32.99 | $989,700 | | | |
| J. HAMLIN | O,SVP | 6/6/2005 | | | | 30,000 | $40.82 | $1,224,600 |
| R. MOTT | O,SVP | 6/10/2005 | 90,000 | $27.64 | $2,487,600 | | | |
| R. MOTT | O,SVP | 6/10/2005 | | | | 90,000 | $39.84 | $3,585,600 |
| J. CLARKE | O,SVP | 6/20/2005 | 70,000 | $24.09 | $1,686,300 | | | |
| J. CLARKE | O,SVP | 6/20/2005 | | | | 70,000 | $40.41 | $2,828,700 |
| M. GARVIN | O,SVP | 6/20/2005 | 70,000 | $24.09 | $1,686,300 | | | |
| M. GARVIN | O,SVP | 6/20/2005 | 500 | $12.74 | $6,370 | | | |
| M. GARVIN | O,SVP | 6/20/2005 | | | | 70,500 | $40.50 | $2,855,250 |
| M. GARVIN | O,SVP | 6/20/2005 | | | | 10,000 | $40.51 | $405,100 |
| J. HAMLIN | O,SVP | 6/20/2005 | 90,000 | $24.09 | $2,168,100 | | | |
| J. HAMLIN | O,SVP | 6/20/2005 | | | | 90,000 | $40.50 | $3,645,000 |
| J. HAMLIN | O,SVP | 6/20/2005 | | | | 3,660 | $40.44 | $148,010 |
| J. MARENGI | O,SVP | 6/20/2005 | 200,000 | $24.09 | $4,818,000 | | | |
| J. MARENGI | O,SVP | 6/20/2005 | | | | 200,000 | $40.50 | $8,100,000 |
| P. MCKINNON | O,SVP | 6/20/2005 | | | | 10,000 | $40.44 | $404,400 |
| G. NELAND | O,SVP | 6/20/2005 | | | | 10,000 | $40.44 | $404,400 |
| R. PARRA | O,SVP | 6/22/2005 | 200,000 | $24.09 | $4,818,000 | | | |
| R. PARRA | O,SVP | 6/22/2005 | | | | 200,000 | $40.37 | $8,074,000 |
| R. MOTT | O,SVP | 6/23/2005 | 70,000 | $24.09 | $1,686,300 | | | |
| R. MOTT | O,SVP | 6/23/2005 | | | | 70,000 | $39.93 | $2,795,100 |
| G. NELAND | O,SVP | 6/28/2005 | 50,000 | $24.09 | $1,204,500 | | | |
| G. NELAND | O,SVP | 6/28/2005 | | | | 50,000 | $39.57 | $1,978,500 |
| D. CARTY | D | 7/6/2005 | 60,000 | $1.16 | $69,600 | | | |
| D. CARTY | D | 7/6/2005 | | | | 60,000 | $39.84 | $2,390,400 |
| J. HAMLIN | O,SVP | 7/6/2005 | 9,000 | $24.09 | $216,810 | | | |
| J. HAMLIN | O,SVP | 7/6/2005 | | | | 8,500 | $39.56 | $336,260 |
| J. HAMLIN | O,SVP | 7/6/2005 | | | | 500 | $39.55 | $19,775 |
| L. TU | O,SVP | 8/16/2005 | | | | 3,836 | $36.67 | $140,666 |
| M. MILES | D | 8/17/2005 | 384,000 | $2.07 | $794,880 | | | |
| M. MILES | D | 8/17/2005 | | | | 384,000 | $36.88 | $14,161,920 |
| D. CARTY | D | 8/22/2005 | 324,000 | $1.16 | $375,840 | | | |
| D. CARTY | D | 8/22/2005 | | | | 120,150 | $36.33 | $4,365,050 |
| P. MCKINNON | O,SVP | 8/22/2005 | | | | 5,000 | $36.48 | $182,400 |
| J. HAMLIN | O,SVP | 9/7/2005 | 40,000 | $25.45 | $1,018,000 | | | |
| J. HAMLIN | O,SVP | 9/7/2005 | 30,000 | $22.10 | $663,000 | | | |
| J. HAMLIN | O,SVP | 9/7/2005 | 1,000 | $24.09 | $24,090 | | | |
| J. HAMLIN | O,SVP | 9/7/2005 | | | | 71,000 | $35.36 | $2,510,560 |
| M. DELL | D | 1/3/2006 | 3,303,358 | $16.67 | $55,066,978 | | | |
| M. DELL | D | 1/3/2006 | 1,600,000 | $4.63 | $7,408,000 | | | |
| M. DELL | D | 1/3/2006 | 1,496,642 | $16.67 | $24,949,022 | | | |
| M. DELL | D | 1/3/2006 | 1,468,227 | $9.26 | $13,595,782 | | | |
| M. DELL | D | 1/3/2006 | 451,773 | $9.26 | $4,183,418 | | | |
| S. SHESKEY | O,VP | 1/4/2006 | 320,000 | $1.61 | $515,200 | | | |

Dell, Inc.
Summary of Class Period Transactions
Class Period: 5/16/02 - 9/8/06
Source: Form 4's

| Insider | Pos | Date | Options Exercised | Price | Cost to Exercise | Shares Sold | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|
| S. SHESKEY | O,VP | 1/4/2006 | 131,192 | $0.80 | $104,954 | | | |
| S. SHESKEY | O,VP | 1/4/2006 | | | | 172,000 | $30.85 | $5,306,200 |
| S. SHESKEY | O,VP | 1/4/2006 | | | | 2,172 | $30.82 | $66,941 |
| M. GARVIN | O,SVP | 3/7/2006 | | | | 10,000 | $28.99 | $289,900 |
| G. NELAND | O,SVP | 3/7/2006 | | | | 10,000 | $28.99 | $289,900 |
| S. SHESKEY | O,VP | 4/4/2006 | 139,424 | $3.33 | $464,282 | | | |
| S. SHESKEY | O,VP | 4/4/2006 | 49,760 | $9.26 | $460,778 | | | |
| S. SHESKEY | O,VP | 4/4/2006 | | | | 88,615 | $29.94 | $2,653,133 |
| K. ROLLINS | P,CO,O | 5/30/2006 | 1,120,000 | $1.45 | $1,624,000 | | | |
| M. GARVIN | O,SVP | 6/19/2006 | | | | 10,000 | $23.91 | $239,100 |
| J. HAMLIN | O,SVP | 6/19/2006 | | | | 10,000 | $23.91 | $239,100 |
| P. MCKINNON | O,SVP | 6/19/2006 | | | | 10,000 | $23.91 | $239,100 |
| G. NELAND | O,SVP | 6/19/2006 | | | | 10,000 | $23.91 | $239,100 |
| S. FELICE | O,VP | 6/21/2006 | | | | 5,000 | $23.94 | $119,700 |
| D. CARTY | D | 8/22/2006 | 384,000 | $2.07 | $794,880 | | | |
| M. MILES | D | 8/28/2006 | 22,400 | $2.07 | $46,368 | | | |
| | | Class Period Totals: | | | | 110,855,940 | | $3,671,442,794 |