**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

FILED

JUL 1 2 2010

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

IN RE DELL INC. SECURITIES LITIGATION:

| | | |
|---|---|---|
| JERRY SACHS, | § | |
| Appellant | | |
| | § | Case No. A-06-726-SS |
| vs. | | |
| | § | |
| DELL INC. SECURITIES, | | |
| Appellee | § | |

### JERRY SACHS' NOTICE OF APPEAL TO COURT OF APPEALS

Notice is hereby given that JERRY SACHS, Appellant, appeals to the Court

of Appeals for the Fifth Circuit from the Order of the Honorable Sam Sparks,

United States District Judge, which was entered on June 11, 2010, and being

Docket #286.

Dated:  July 9, 2010

Respectfully submitted,

JAMES W. KING, Esquire
Offerman & King
6420 Wellington Place
Beaumont, TX 77706
(409) 860-9000
(409) 860-9199

ATTORNEY FOR APPELLANT

DUPLICATE

Court Name: TEXAS WESTERN
Division: 1
Receipt Number: 100007046
Cashier ID: kwallace
Transaction Date: 07/12/2010
Payer Name: OFFERMAN AND KING, LLP
------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
For: JERRY SACHS
Amount:         $455.00
------------------------------------
CHECK
Check/Money Order Num: 20595
Amt Tendered: $455.00
------------------------------------
Total Due:     $455.00
Total Tendered: $455.00
Change Amt:     $0.00

1:06-CV-726; IN RE: DELL, INC.
SECURTIES LITIGATION