# Exhibit 1

The following Persons (and the individuals or entities they purport to represent) are excluded from the Settlement Class as to those shares specifically identified in their respective requests for exclusion:

| Claims Number | Name(s) |
| --- | --- |
| 308 | Vincent Wolff-Marting |
| 1670 | Howard Dressel |
| 1761 | Donald Boyer |
| 4467 | Paul Moore |
| 1002964 | George & Loretta Dice |
| 1003489 | Harold & Judith Faske |
| 1010571 | John D. Tanner |
| 1042096 | Jerry & Peggy Lewis |
| 1055720 | David Janeiro |
| 1067125 | Toby Ann Mead |
| 1115817 | Leo and Bonnie Katzenstein |
| 1146317 | Keith Lee |
| 1236577 | Marie Kantner |
| 1247088 | Leonard Kenderdine, Jr. |
| 1388242 | June & Eldred Burkhard |
| 1541896 | Raymond Seils |
| 1542484 | Marcus & Joanne North |
| 1568455 | Larry Swank |
| 1589652 | Ann & Ray Fidino |
| 1604069 | Frank & Marciel Graham |
| 1635960 | Leonard & Eileen DeStefano |
| 1709883 | Donald Allen |
| 1748821 | John Hash |
| 1766252 | George Bell |
| 1785699 | Stuart Reiner |
| 1828062 | Frank & Brenda Shimchick |
| 1842961 | Charles George |
| 1906746 | Eleanor Tan |
| 1917223 | Arnold & Elizabeth Chantland |
| 1942868 | John & Frances Monroe |
| 2009240 | Carolyn Millard |
| 2054042 | Janet Frick |

| | |
|---|---|
| 2057829 | Kathryn Brandes |
| 2073629 | Thomas Bookout |
| 2083001 | Helen Nistor |
| 2100908 | Donald & Faun French |
| 2153512 | Thomas Volden |
| 2153784 | Thomas Riekert |
| 2164043 | Dorothy Dufner |
| 2183051 | Robert Bracht |
| 2184636 | Larry Lutz |
| 2200034 | Melvin Belsky |
| 2214384 | Ernest Butler |
| 2216658 | Louis Lubrano |
| 2442261 | Philip Burton |
| 2507030 | William & Mary Peck |
| 2525989 | Wan Ling Tan |
| 2530329 | Lubomir Janda |
| 2545409 | Claude Blackmore |
| 2638042 | Michael Rouch |
| 2664378 | Marcie Wood |