IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

*In re*

DELL INC., SECURITIES LITIGATION

Case No. A-06-CA-726-SS

# ORDER

BE IT REMEMBERED on February 24, 2011, the undersigned received in direct correspondence a letter from George W. Sibley, a copy of said letter is attached to this order for reference purposes only. The letter was not filed and there was no pleading or motion filed by or on behalf of George Sibley. On March 22, 2011, the Court entered an order requiring an explanation from the administrator involving the alleged claim of George Sibley, and that response was filed on March 25, 2011 (doc. #346). The information before the Court is that the rejection of Mr. Sibley's claim was correct and justified. There is no question the claim was submitted after the Court-imposed deadline for claims. There is further no question that Mr. Sibley failed to follow the appeals procedure specifically set out in the notice of rejection. In fact, Mr. Sibley has done nothing other than write the undersigned directly with no service nor sharing of his letter to anyone, including his counsel of record.

The administrator's response to the Court's order is more than sufficient to establish the administrator's rejection of Mr. Sibley's claim.

SIGNED this the 1st day of April 2011.

_____
UNITED STATES DISTRICT JUDGE

**GEORGE W. SIBLEY**
3310 Fairmount D1A
Dallas, Texas 75219

February 21, 2011

CHAMBERS OF
FEB 2 4 2011
SAM SPARKS

The Honorable Sam Sparks
United States District Court
Western District of Texas, Austin Division
200 West 8th St., Room 130
Austin, Texas 78701

    RE: Civil Action No.: A-06-CV-00726-SS
        In Re: Dell, Inc. Securities Litigation

Dear Judge Sparks:

    I have been in hospice with my wife for two weeks. When I returned home this weekend I learned that in my absence I had received the "Notice of Rejection of Your Entire Claim." The date on which to respond had passed. I have included copies of the information I had forwarded to the claims administrator so that they could process my claim. As you will note, the rejection letter says that I had not supplied information concerning "trade date," "price per share," and "net amount." If you will look on the account statements I provided the administrator, you will see the "trade date" in yellow, the "price per share" in orange and the "net amount" in green. There was no reason for the administrator to reject may claim. I wonder how many of the people had their claim rejected wrongfully? Please allow my claim to be processed.

                                Thank you,

                                George W. Sibley

Enclosure