UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**
February 7, 2012

Lyle W. Cayce
Clerk

No. 08-51163

D.C. Docket No. 1:06-CV-726
D.C. Docket No. 1:06-CV-906
D.C. Docket No. 1:07-CV-76
D.C. Docket No. 1:07-CV-77

**FILED**

MAR 0 9 2012

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY

UNION ASSET MANAGEMENT HOLDING AG,

       Plaintiff - Appellant

v.

DELL INC; KEVIN B ROLLINS; JAMES M SCHNEIDER; MICHAEL DELL,

       Defendants - Appellees

-------------------------------------

Consolidated with 10-50688

-------------------------------------

STEVEN G. SCHULEMAN, M.D; TRAVIS COX; GEORGE SIBLEY; JOANN F. BROOKS; ST. STEPHEN, INCORPORATED; SMOKESTACK LIGHTNING LIMITED; CLASS MEMBERS AND OBJECTORS BRIAN F. MURPHY REV TRUST; THE RAYMOND M. MURPHY REV TRUST; KATHARINE M. ALTHANS

       Appellants

v.

UNION ASSET MANAGEMENT HOLDING A.G.,

       Plaintiff - Appellee

DELL, INC.; KEVIN B. ROLLINS; JAMES M. SCHNEIDER; MICHAEL DELL

       Defendants - Appellees

Appeals from the United States District Court for the
Western District of Texas, Austin

Before JOLLY, HIGGINBOTHAM, and SOUTHWICK, Circuit Judges.

J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is affirmed, and the original merits appeal is DISMISSED with prejudice.

IT IS FURTHER ORDERED that each party to bear its own costs on appeal.

ISSUED AS MANDATE: MAR 02 2012

A True Copy
Attest

Clerk, U.S. Court of Appeals, Fifth Circuit

By: _____
              Deputy

New Orleans, Louisiana         MAR 02 2012

RECEIVED
MAR -9 2012
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
    DEPUTY CLERK

# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

**CORRECTED**
March 02, 2012

Mr. William Putnicki
Western District of Texas, Austin
United States District Court
200 W. 8th Street
Room 130
Austin, TX 78701

        No. 10-50688, In Re: Dell, Inc.
**Cons. With No. 08-51163, In Re: Dell, Inc.**
        USDC No. 1:06-CV-726
        USDC No. 1:06-CV-726
        USDC No. 1:06-CV-906
        USDC No. 1:07-CV-76
        USDC No. 1:07-CV-77

Enclosed, for the district court only, is a copy of the judgment issued as the mandate.

Enclosed, for the district court only, is a copy of the court's opinion.

Record/original papers/exhibits to be returned.

        Sincerely,

        LYLE W. CAYCE, Clerk

        By: _____
        Steve A. Totora, Deputy Clerk
        504-310-7667

cc: (letter only)
    Mr. Ryan Grant Anderson
    Mr. Michael Brooks
    Mr. Gregory Scott Coleman
    Mr. Don L. Davis
    Mr. Michael Loy Davitt
    Mr. Meir Feder
    Mr. Brian Strother Greig
    Mr. Mark A Haney
    Ms. Susan Elaine Hurd
    Mr. Geoffrey C. Jarvis

```
Mr. John Ludlow Latham
Mr. Gregg S. Levin
Mr. William H. Narwold
Mr. Lance Victor Oliver
Mr. D. J. Powers
Mr. Joseph F. Rice
Ms. Jennie L. Scudder-Levin
Mr. Gary W. Sibley
Honorable Sam Sparks
Mr. Broadus A Spivey
Mr. Marc S. Tabolsky
Mr. Jason J Thompson
Ms. Patricia J. Villareal
Mr. Jeffrey L. Weinstein
Mr. Greg Louis Weselka
Mr. Mark E. Wilson
```

P.S. to Judge Sparks: A copy of the opinion was sent to your office via email the day it was filed.

United States Court of Appeals
Fifth Circuit

# UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

**F I L E D**

February 7, 2012

Lyle W. Cayce
Clerk

No. 08-51163

D.C. Docket No. 1:06-CV-726
D.C. Docket No. 1:06-CV-906
D.C. Docket No. 1:07-CV-76
D.C. Docket No. 1:07-CV-77

UNION ASSET MANAGEMENT HOLDING AG,

       Plaintiff - Appellant

v.

DELL INC; KEVIN B ROLLINS; JAMES M SCHNEIDER; MICHAEL DELL,

       Defendants - Appellees

-----------------------------------------

Consolidated with 10-50688

-----------------------------------------

STEVEN G. SCHULEMAN, M.D; TRAVIS COX; GEORGE SIBLEY; JOANN F. BROOKS; ST. STEPHEN, INCORPORATED; SMOKESTACK LIGHTNING LIMITED; CLASS MEMBERS AND OBJECTORS BRIAN F. MURPHY REV TRUST; THE RAYMOND M. MURPHY REV TRUST; KATHARINE M. ALTHANS

       Appellants

v.

UNION ASSET MANAGEMENT HOLDING A.G.,

       Plaintiff - Appellee

DELL, INC.; KEVIN B. ROLLINS; JAMES M. SCHNEIDER; MICHAEL DELL

       Defendants - Appellees

Appeals from the United States District Court for the
Western District of Texas, Austin

Before JOLLY, HIGGINBOTHAM, and SOUTHWICK, Circuit Judges.

## JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is affirmed, and the original merits appeal is DISMISSED with prejudice.

IT IS FURTHER ORDERED that each party to bear its own costs on appeal.

ISSUED AS MANDATE:

A True Copy
Attest

Clerk, U.S. Court of Appeals, Fifth Circuit

By: _____
            Deputy

New Orleans, Louisiana